UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| American Builders, Inc., | Case No.: |
|---|---|
| Plaintiff, | State File No.: 24-CVS-1839 |
| -vs- | **NOTICE OF REMOVAL** |
| Alpha Plotter LLC, | Removed from:<br>General Court of Justice, Superior Division |
| Defendant. | State of North Carolina, Pitt County |

TO: Clerk of the U.S. District Court for the Eastern District of North Carolina

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1447, Defendant Alpha Plotter LLC ( "Alpha Plotter" or the "Company"), by and through its undersigned attorneys of record, hereby removes to this Court the state action described herein. Pursuant to U.S.C. § 1446(d), copies of this Notice of Removal shall be served on Plaintiff's counsel at the addresses listed on Plaintiff's state court complaint and filed with the clerk of the Superior Court of the State of North Carolina, Pitt County. The specific grounds for removal are detailed below.

**INTRODUCTION**

1. On or about July 10, 2024, Plaintiff American Builders, Inc. ("Plaintiff") served a Summons and Complaint ("Complaint") against Alpha Plotter in the General Court of Justice, Superior Court Division of the State of North Carolina, Pitt County (the "State Action"). A copy of the Summons and Complaint in the State Action is attached hereto as Exhibit 1.[1]

2. The State Action concerns an alleged breach of an agreement for construction services, which agreement is dated November 6, 2023 (the "Agreement"). The Agreement was executed by Plaintiff (the services provider) and Alpha Plotter's former Chief Executive Officer

---
[1] The Complaint was filed on June 27, 2024.

("CEO"), Bo Tian. Bo Tian is no longer associated with Alpha Plotter, and was not associated with the Company at the time Plaintiff commenced the State Action. (*See*, Exhibit 2, Decl. of Wenbo Zhao at ¶ 2.) The Agreement is attached to and made part of Exhibit 1.

3. The Complaint alleges Alpha Plotter is in breach of the Agreement for failure to pay an outstanding balance of $111,900.00. (*See* Ex. 1 at ¶ 7.) Additionally, Plaintiff seeks $5,407.99 in unpaid interest and attorneys' fees in the amount of $17,596.20. (*Id*. at ¶¶ 13-14.) Plaintiff also sought an Order of Attachment to levy Alpha Plotter's personal property in satisfaction of the damages alleged in the Complaint.

4. Alpha Plotter reserves all of its rights, including but not limited to its right to raise defenses and objections as to venue and personal jurisdiction, its right to move to dissolve or modify the attachment, and its right to move to dismiss the Complaint; this Notice of Removal shall not be construed as a waiver of these rights. Alpha Plotter further reserves the right to amend or supplement this Notice of Removal.

## BASIS FOR REMOVAL

### *I. Removal is Proper Because This Court Has Original Jurisdiction*

5. Pursuant to 28 U.S.C. § 1332(a)(2), this Court has original subject matter jurisdiction over this dispute because: 1) complete diversity exits between the parties; and 2) the amount in controversy exceeds $75,000, exclusive of interest and costs.

#### *a. Diversity of Citizenship*

6. The requirement of complete diversity of citizenship, which exists if no plaintiff in an action is a citizen of the same state as any defendant, is satisfied here. A corporation is considered a citizen of the state of its incorporation and the state in which it maintains its principal place of business. 28 U.S.C. § 1332(c)(1). A limited liability corporation ("LLC") is a citizen of

every state of which its members are citizens. *See, e.g.*, *Cent. W. Virginia Energy Co. v. Mountain State Carbon, LLC*, 636 F.3d 101, 103 (4th Cir. 2011) ("For purposes of diversity jurisdiction, the citizenship of a limited liability company . . . is determined by the citizenship of all of its members") (internal citation omitted). Diversity is determined at the time the action is filed. *See, e.g.*, *Dennison v. Carolina Payday Loans, Inc.*, 549 F.3d 941, 943 (4th Cir. 2008) ("[F]ederal jurisdiction [is] fixed at the time . . . [the] notice of removal is filed.")

7. Plaintiff is a North Carolina citizen; it was incorporated under the laws of North Carolina and maintains its principal place in Pitt County, North Carolina. (*See* Ex. 1 (Compl.) at ¶ 1.)

8. Alpha Plotter is a citizen of California and China. The Company's CEO, Wenbo Zhao, is a lawful permanent resident of the United States domiciled in Yorba Linda, California. (Zhao Decl. at ¶ 4.) The other members of Alpha Plotter – Haofei Meng, Jue Wang, and Zhewen Chi – are Chinese citizens domiciled in China. (*Id*. at ¶ 5.) Because no member of Alpha Plotter resides in North Carolina, complete diversity exists under § 1332(a)(2).

### b. Amount in Controversy

9. The amount in controversy in this action exceeds $75,000. To determine the amount in controversy, a court looks to the face of the complaint. 28 U.S.C § 1446(c)(2).

10. Plaintiff's Complaint claims money damages of more than $130,000 resulting from Alpa Plotter's 's alleged breach of the Agreement. (*See* Ex. 1 (Compl.) at ¶¶ 13-14.)

### II. Alpha Plotter Has Satisfied the Procedural Requirements for Removal

11. Alpha Plotter's Notice of Removal satisfies the federal and local procedural requirements for removing a civil action from state to federal court.

3

12. Plaintiff served the Complaint on July 10, 2024. This Notice of Removal is therefore timely filed pursuant to 28 U.S.C. §1446(b)(1), which provides that such notice must be filed within 30 days after the defendant's receipt of the complaint.

13. Further, this Court is the proper court to which to remove this action, as it is "the district court of the United States for the district and division embracing the place where such action is pending". 28 U.S.C. §1446(a).

14. No previous application has been made for the removal requested herein.

15. As previously stated, copies of this Notice of Removal are being filed with the General Court of Justice, Superior Court Division, State of North Carolina, Pitt County.

**WHEREFORE**, Defendant Alpha Plotter, LLC respectfully gives notice that, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and 1447, the above-captioned action pending in the General Court of Justice, Superior Court Division, State of North Carolina, Pitt County, file no. 24-CVS-1839, is removed to this Court.

Dated: August 8, 2024    LUCOSKY BROOKMAN, LLP

BY     /s/ SAMUEL L. BLATNICK
    Samuel L. Blatnick
    Anne L. Melton
    111 Broadway, Suite 807
    New York, New York  10006
    *Attorneys for Defendant Alpha Plotter, LLC*

HORNTHAL, RILEY, ELLIS & MALAND, LLP

BY:    /s/ L. PHILLIP HORNTAL, III
    L. Phillip Hornthal, III (N.C. Bar No. 19984)
    Zachary M. Robeson (N.C. Bar No. 61844)
    Hornthal, Riley, Ellis & Maland
    301 East Main Street
    Elizabeth City, NC 27909
    (252) 335-0871
    phornthal@hrem.com
    zrobeson@hrem.com
    *Local Civil Rule 83.1(d) Attorney for Defendant Alpha Plotter, LLC*

## CERTIFICATION OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was electronically filed using the Court's electronic filing system this 8th day of August, 2024, and served to all counsel of record via email and first-class mail at the following address(es):

J. Michael Fields
Lilian L. Faulconer
Ward and Smith, P.A
P.O. Box 8088
Greenville, NC 27835-8088
jmf@wardandsmith.com
llfaulconer@wardandsmith.com

                                                                              */s/* L.PHILLIP HORNTHAL III

Dated: August 8, 2024