

# STATE OF NORTH CAROLINA

_____ Pitt _____ County

File No.
24-CVS- 1839

In The General Court Of Justice
☐ District ☒ Superior Court Division

| | |
|---|---|
| Name Of Plaintiff<br>American Builders, Inc.<br>Address<br>c/o Ward and Smith P.A. Post Office Box 8088<br>City, State, Zip<br>Greenville NC 27835-8088 | **CIVIL SUMMONS**<br>☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE)<br><br>G.S. 1A-1, Rules 3 and 4 |

**VERSUS**

| | |
|---|---|
| Name Of Defendant(s)<br>ALPHA PLOTTER LLC | Date Original Summons Issued<br><br>Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1<br>ALPHA PLOTTER LLC<br>c/o Wenbo Zhao, Registered Agent, or any Member, Manager or Agent<br>119 North 2nd Avenue<br>Upland CA 91786 | Name And Address Of Defendant 2 |
|---|---|

⚠ **IMPORTANT! You have been sued!** These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles! Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and

2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)<br>Lilian L. Faulconer, Esq. and J. Michael Fields, Esq.<br>Ward and Smith P.A.<br>Post Office Box 8088<br>Greenville NC 27835-8088 | Date Issued<br>6/27/2024<br>Signature<br>_Pducra_ W-lev | Time<br>10:56 ☒AM ☐PM |
|---|---|---|
| | ☐ Deputy CSC ☒ Assistant CSC ☐ Clerk Of Superior Court | |

| ☐ ENDORSEMENT (ASSESS FEE)<br>This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | Date Of Endorsement<br><br>Signature | Time<br>☐AM ☐PM |
|---|---|---|
| | ☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court | |

**NOTE TO PARTIES:** _Many counties have MANDATORY ARBITRATION programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed._

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| Date Served | Time Served | ☐ AM ☐ PM | Name Of Defendant |
|---|---|---|---|
| | | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)

☐ Other manner of service (specify)

☐ Defendant WAS NOT served for the following reason:

| Service Fee Paid $ | Signature Of Deputy Sheriff Making Return |
|---|---|
| Date Received | Name Of Sheriff (type or print) |
| Date Of Return | County Of Sheriff |

AOC-CV-100, Side Two, Rev. 4/18
© 2018 Administrative Office of the Courts

# STATE OF NORTH CAROLINA

FILED

_____ Pitt _____ County

**2024 JUN 27  A 10: 56**

PITT CO. C.S.C.

BY _____

Case 4:24-cv-00112-FL    Document 1-1    Filed 08/08/24    Page 3 of 22

| File No. |
|---|
| 24-CVS- 1839 |

**In The General Court Of Justice**
☐ District   ☒ Superior Court Division

*Name And Address Of Plaintiff 1*
American Builders, Inc.
c/o Ward and Smith P.A.
PO Box 8088
Greenville        NC   27835-8088

*Name And Address Of Plaintiff 2*

**GENERAL**
**CIVIL ACTION COVER SHEET**

☒ INITIAL FILING    ☐ SUBSEQUENT FILING

Rule 5(b) of the General Rules of Practice for the Superior and District Courts

**VERSUS**

*Name And Address Of Defendant 1*
ALPHA PLOTTER LLC
c/o Wenbo Zhao, Registered Agent, or any Member, Manager or Agent
119 North 2nd Avenue
Upland        CA   91786

*Summons Submitted*
☒ Yes   ☐ No

*Name And Address Of Defendant 2*

*Summons Submitted*
☐ Yes   ☐ No

*Name And Address Of Attorney Or Party, If Not Represented*
*(complete for initial appearance or change of address)*
Lilian L. Faulconer, Esq.
J. Michael Fields, Esq.
Post Office Box 8088
Greenville                NC   27835-8088

| Telephone No. | Cellular Telephone No. |
|---|---|
| (252) 215-4000 | |

| NC Attorney Bar No. | Attorney Email Address |
|---|---|
| 57886 | LLFaulconer@wardandsmith.com |

☒ Initial Appearance In Case   ☐ Change of Address

| Name Of Firm | Fax No. |
|---|---|
| Ward and Smith P.A. | (252) 215-4077 |

*Counsel For*
☒ All Plaintiffs   ☐ All Defendants   ☐ Only: *(list party(ies) represented)*

☐ Jury Demanded In Pleading   ☐ Complex Litigation   ☐ Stipulate to Arbitration

## TYPE OF PLEADING

*(check all that apply)*

☐ Amend (AMND)
☐ Amended Answer/Reply (AMND-Response)
☐ Amended Complaint (AMND)
☐ Assess Costs (COST)
☐ Answer/Reply (ANSW-Response) *(see Note)*
☐ Change Venue (CHVN)
☒ Complaint (COMP)
☐ Confession Of Judgment (CNFJ)
☐ Consent Order (CONS)
☐ Consolidate (CNSL)
☐ Contempt (CNTP)
☐ Continue (CNTN)
☐ Compel (CMPL)
☐ Counterclaim (CTCL) *Assess Court Costs*
☐ Crossclaim *(list on back)* (CRSS) *Assess Court Costs*
☐ Dismiss (DISM) *Assess Court Costs*
☐ Exempt/Waive Mediation (EXMD)
☐ Extend Statute Of Limitations, Rule 9 (ESOL)
☐ Extend Time For Complaint (EXCO)
☐ Failure To Join Necessary Party (FJNP)

☐ Failure To State A Claim (FASC)
☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
☐ Improper Venue/Division (IMVN)
☐ Including Attorney's Fees (ATTY)
☐ Intervene (INTR)
☐ Interplead (OTHR)
☐ Lack Of Jurisdiction (Person) (LJPN)
☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
☐ Modification Of Child Support In IV-D Actions (MSUP)
☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
☐ Petition To Sue As Indigent (OTHR)
☐ Rule 12 Motion In Lieu Of Answer (MDLA)
☐ Sanctions (SANC)
☐ Set Aside (OTHR)
☐ Show Cause (SHOW)
☐ Transfer (TRFR)
☐ Third Party Complaint *(list Third Party Defendants on back)* (TPCL)
☐ Vacate/Modify Judgment (VCMD)
☐ Withdraw As Counsel (WDCN)
☐ Other *(specify and list each separately)*

**NOTE:** *All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must include either a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.*

*(Over)*

AOC-CV-751, Rev. 3/19, © 2019 Administrative Office of the Courts

| CLAIMS FOR RELIEF | | |
|---|---|---|
| ☐ Administrative Appeal (ADMA) | ☐ Limited Driving Privilege – Out-Of-State Convictions (PLDP) | ☐ Product Liability (PROD) |
| ☐ Appointment Of Receiver (APRC) | | ☐ Real Property (RLPR) |
| ☒ Attachment/Garnishment (ATTC) | ☐ Medical Malpractice (MDML) | ☐ Specific Performance (SPPR) |
| ☐ Claim And Delivery (CLMD) | ☐ Minor Settlement (MSTL) | ☐ Other (specify and list each separately) |
| ☐ Collection On Account (ACCT) | ☒ Money Owed (MNYO) | |
| ☐ Condemnation (CNDM) | ☐ Negligence - Motor Vehicle (MVNG) | |
| ☒ Contract (CNTR) | ☐ Negligence - Other (NEGO) | |
| ☐ Discovery Scheduling Order (DSCH) | ☐ Motor Vehicle Lien G.S. Chapter 44A (MVLN) | |
| ☐ Injunction (INJU) | ☐ Possession Of Personal Property (POPP) | |

| Date | Signature Of Attorney/Party |
|---|---|
| 06/27/2024 | *Lilian L. Faulkner* |

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | ☐ Additional Plaintiff(s) | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| No. | ☐ Additional Defendant(s) | ☐ Third Party Defendant(s) | Summons Submitted |
|---|---|---|---|
| | | | ☐ Yes  ☐ No |
| | | | ☐ Yes  ☐ No |
| | | | ☐ Yes  ☐ No |
| | | | ☐ Yes  ☐ No |
| | | | ☐ Yes  ☐ No |

*Plaintiff(s) Against Whom Counterclaim Asserted*

*Defendant(s) Against Whom Crossclaim Asserted*

AOC-CV-751, Side Two, Rev. 3/19
© 2019 Administrative Office of the Courts

STATE OF NORTH CAROLINA FILED IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF PITT FILE NO. 24-CVS- 1839
2024 JUN 27 A 10: 56

AMERICAN BUILDERS, INC PITT CO., C.S.C.
       Plaintiff )
       BY_____ ) ful
       v. )        COMPLAINT
        )
ALPHA PLOTTER LLC, )
       Defendant )
        )

Plaintiff American Builders, Inc. ("Plaintiff"), complaining of Defendant
ALPHA PLOTTER LLC ("Defendant"), says and avers as follows:

## PARTIES, JURISDICTION, AND VENUE

1.    Plaintiff is a corporation authorized and existing under the laws
of the State of North Carolina, with a place of business in Pitt County, North
Carolina.

2.    Defendant is a limited liability company existing under the laws
of the State of California, authorized to do business in the State of North Carolina,
and doing business or formerly doing business in Pitt County, North Carolina.

## CLAIM FOR RELIEF
### (BREACH OF CONTRACT)

3.    The foregoing paragraphs are realleged and incorporated by
reference.

4.    On or about November 6, 2023, Plaintiff and Defendant entered
into a Construction Contract ("Contract"), pursuant to which Plaintiff provided
certain services, materials, and labor to Defendant as provided for in the Contract.

5.    A copy of the Contract is attached as **Exhibit A** and is incorporated herein by reference as if completely set forth.

6.    Pursuant to the Contract, Defendant was to pay to Plaintiff a total of $425,900.00, including a final payment of $141,900.00 due on March 21, 2024.

7.    Defendant paid only $30,000.00 of the $141,900.00 final payment, leaving an unpaid balance of $111,900.00.

8.    Defendant defaulted on its obligation to Plaintiff under the Contract by failing to make the final payment, in full, as and when due.

9.    Defendant breached the Contract by failing to make the final payment, in full, as and when due.

10.    The Contract provides that interest will accrue on all overdue amounts at the rate of 18% per annum.

11.    The Contract also provides that Defendant is responsible for Plaintiff's costs of collection, including Plaintiff's reasonable attorney fees.

12.    Pursuant to North Carolina General Statutes Section 6-21.2, Defendant hereby is notified that:

a.    Attorneys' fees in the amount of 15% of the outstanding indebtedness owing on the Contract at the time of the institution of this action will be sought by Plaintiff from Defendant if payment in full of the outstanding indebtedness is not received by Plaintiff within five (5) days from the date of service of process on Defendant; and

2

b.     Defendant will not be responsible for attorneys' fees if payment in full of the outstanding indebtedness owing on the Contract is received by Plaintiff within five (5) days from the date of service of process on Defendant.

13.     As of June 27, 2024, Defendant owes Plaintiff under the Contract the sum of of $117,307.99 (representing $111,900.00 in principal and $5,407.99 in accrued but unpaid interest), plus interest accruing from and after June 27, 2024 at the rate of 18% per annum until date of entry of judgment and thereafter at the legal rate until paid in full.

14.     If Defendant does not pay to Plaintiff the foregoing sum within five (5) days from the date of service of process on Defendant, then Plaintiff is entitled to a monetary judgment against Defendant for the sum of $117,307.99 (representing $111,900.00 in principal and $5,407.99 in accrued but unpaid interest), plus interest on the unpaid principal balance at the rate of 18% per annum from and after June 27, 2024 until date of entry of judgment and thereafter at the legal rate until paid in full, attorneys' fees in the amount of $17,596.20 (representing 15% of the outstanding indebtedness owing on the Contract as of the date this Complaint is filed), and the costs of this action.

WHEREFORE, Plaintiff respectfully prays unto the Court:

1.     That Plaintiff have and recover of Defendant the sum of $117,307.99 (representing $111,900.00 in principal and $5,407.99 in accrued but unpaid interest), plus interest on the unpaid principal balance at the rate of 18% per annum from and after June 27, 2024, until the date of entry of judgment and

3

thereafter at the legal rate until paid in full, attorneys' fees in the amount of $17,596.20, and the costs of this action.

2. For such other and further relief as to this Court seems just and proper.

This the 27th day of June, 2024.

*Lilian L. Faulconer*

J. Michael Fields
N.C. State Bar I.D. No.: 018170
E-mail: docketCR@wardandsmith.com *
E-mail: jmf@wardandsmith.com **
Lilian L. Faulconer
N.C. State Bar I.D. No.: 57886
E-mail: llfaulconer@wardandsmith.com **
For the firm of
Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: (252) 215-4000
Facsimile: (252) 215-4077
Attorneys for American Builders, Inc.

\* This email address must be used in order to effectuate service under Rule 5 of the North Carolina Rules of Civil Procedure.
\*\* Email address to be used for all communications other than service.

4

STATE OF NORTH CAROLINA

COUNTY OF PITT

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
FILE NO. 24-CVS-_____

AMERICAN BUILDERS, INC., )
               Plaintiff )
                )
                )
            v. )             VERIFICATION
                )
ALPHA PLOTTER LLC, )
               Defendant )
                )

        BILLY R. TYSON, SR., being duly sworn, deposes and says that he is the President of American Builders, Inc., and as such is authorized to make this verification; that he has read the foregoing COMPLAINT, and the same is true of his own knowledge, except as to those matters and things stated on information and belief, and, as to those, he believes them to be true.

                       _____
                       BILLY R. TYSON, SR.

PITT COUNTY, NORTH CAROLINA

Sworn to (or affirmed) and subscribed before me this day by: Billy R. Tyson, Sr.

Date: ___6-27-24___       ___Susan M Taylor___
                          Notary Public

                       My Commission Expires: ___6.21.2025___

(Official Seal)
Susan M Taylor
NOTARY PUBLIC
Pitt County, NC
My Commission Expires June 21, 2025

5

## CONSTRUCTION CONTRACT

This Construction Contract (the "Contract" or "Agreement") is made as of November 06, 2023 (the "Effective Date") by and between Alpha Plotter of 1512 Hooker Rd., Greenville, North Carolina 27834, and AMERICAN BUILDERS, INC of 805 West Star St, Greenville, North Carolina 27834.

AMERICAN BUILDERS, INC desires to provide Construction services to Alpha Plotter and Alpha Plotter desires to obtain such services from AMERICAN BUILDERS, INC.

THEREFORE, in consideration of the mutual promises set forth below, the parties agree as follows:

**1. DESCRIPTION OF SERVICES.** Beginning on November 06, 2023, AMERICAN BUILDERS, INC will provide to Alpha Plotter the services described in the attached Exhibit A- ABI Electrical Proposal #001 Dated 10/26/23 (collectively, the "Services").

**2. SCOPE OF WORK.** AMERICAN BUILDERS, INC will provide all services, materials and labor for the construction of Alpha Potter Building Electrical Upgrades described in the attached Exhibit A at the property of Alpha Plotter located at: 1512 Hooker RD., Greenville, North Carolina, 27834 hereinafter referred to as ("Worksite").

This includes construction materials, necessary labor, and all required tools and machinery needed for completion of electrical upgrades.

AMERICAN BUILDERS, INC is only responsible for furnishing any building improvements related to the electrical upgrades, but not related to construction of the structure, landscaping, grading, walkways, painting, sewer or water systems, steps, driveways, patios and aprons, etc., unless they are specifically agreed to in writing.

**3. PLANS, SPECIFICATIONS AND CONSTRUCTION DOCUMENTS.** Alpha Plotter will make available to AMERICAN BUILDERS, INC all plans, specifications, drawings, blueprints, and similar construction documents necessary for AMERICAN BUILDERS, INC to provide the Services described herein. Any such materials shall remain the property of Alpha Plotter. AMERICAN BUILDERS, INC will promptly return all such materials to Alpha Plotter upon completion of the Services.

**4. COMPLIANCE WITH LAWS.** AMERICAN BUILDERS, INC shall provide the Services in a workmanlike manner, and in compliance with all applicable federal, state and local laws and regulations, including, but not limited to all provisions of the Fair Labor Standards Act, the Americans with Disabilities Act, and the Federal Family and Medical Leave Act.

**5. WORK SITE.** Alpha Plotter warrants that Alpha Plotter owns the property herein described and is authorized to enter into this contract. Prior to the start of construction, Alpha Plotter shall provide an easily accessible building site, which meets all zoning requirements for the structure.

**6. MATERIALS AND/OR LABOR PROVIDED.** AMERICAN BUILDERS, INC may substitute materials only with the express written approval of Alpha Plotter, provided that the substituted materials are no lesser quality than those previously agreed upon by Alpha Plotter and AMERICAN BUILDERS, INC.

**7. PAYMENT.** Payment shall be made to AMERICAN BUILDERS, INC, Greenville, North Carolina 27834.

Alpha Plotter agrees to pay AMERICAN BUILDERS, INC as follows:

1- $20,000.00 deposit to start submittials and permitting for project.

2- 14 days from reciept of deposit $122,000.00 will be due in full ~~$142,000.00~~ *$142,000.00*    RSW  B.T

3- 14 days from reciept of second payment ~~$147,000.00~~ will be due in full

4- All other payments will be due per Exhibit B - AIA Billing with agreed schedule of values for a total amount of $425,900.00 plus any agreed upon Change orders

Should Authority Having Juristition (AHJ) require additional drawing for permitting. An additional cost of $54,800.00 will be added to total contract and due apon reciecpt.

If any invoice is not paid when due, interest will be added to and payable on all overdue amounts at 18 percent per year, or the maximum percentage allowed under applicable laws, whichever is less. Alpha Plotter shall pay all costs of collection, including without limitation, reasonable attorney fees.

In addition to any other right or remedy provided by law, if Alpha Plotter fails to pay for the Services when due, AMERICAN BUILDERS, INC has the option to treat such failure to pay as a material breach of this Contract, and may cancel this Agreement and/or seek legal remedies.

**8. OTHER PAYMENT PROVISIONS.** Payments are due upon receipt of AIA billing

**9. TERM.** AMERICAN BUILDERS, INC shall commence the work to be performed within 30 days of November 06, 2023 and shall complete the work on or before 02/06/2024, time being of the essence of this contract.

Upon completion of the project, Alpha Plotter agrees to sign a Notice of Completion within ten (10) days after the completion of the contract. If the project passes its final inspection and Alpha Plotter does not provide the Notice, AMERICAN BUILDERS, INC may sign the Notice of Completion on behalf of Alpha Plotter.

**10. PERMITS.** AMERICAN BUILDERS, INC shall apply for and obtain any other necessary permits and licenses required by the local municipal/county government to do the work, the cost thereof shall be included as part of the Payment to AMERICAN BUILDERS, INC under this Contract.

**11. INSURANCE.** Before work begins under this Contract, AMERICAN BUILDERS, INC shall furnish certificates of insurance to Alpha Plotter substantiating that AMERICAN BUILDERS, INC has placed in force valid insurance covering its full liability under the Workers' Compensation laws of the State of North Carolina and shall furnish and maintain general liability insurance, and builder's risk insurance for injury to or death of a person or persons, and for personal injury or death suffered in any construction related accident and property damage incurred in rendering the Services.

**12. INDEMNIFICATION.** With the exception that this Section shall not be construed to require indemnification by AMERICAN BUILDERS, INC to a greater extent than permitted under the public policy of the State of North Carolina, AMERICAN BUILDERS, INC may agree to indemnify Alpha Plotter against, hold it harmless from and defend Alpha Plotter from all claims, loss, liability, and expense, including actual attorneys' fees, arising out of or in connection with AMERICAN BUILDERS, INC's Services performed under this Contract. This indemnity shall be provided even if Alpha Plotter is partly responsible for the claim, damage, injury or loss, but AMERICAN BUILDERS, INC shall not provide indemnity against claims or losses deemed to be caused by the negligence, willful misconduct, or breach of contract of Alpha Plotter or Alpha Plotter's agents or employees.

**13. WARRANTY.** AMERICAN BUILDERS, INC shall provide its services and meet its obligations under this Contract in a timely and workmanlike manner, using knowledge and recommendations for performing the services which meet generally acceptable standards in AMERICAN BUILDERS, INC's community and region, and will provide a standard of care equal to, or superior to, care used by service providers similar to AMERICAN BUILDERS, INC on similar projects. AMERICAN BUILDERS, INC shall complete this

project in conformance with the plans, specifications, and any breakdown and binder receipt signed by AMERICAN BUILDERS, INC and Alpha Plotter.

**14. FREE ACCESS TO WORKSITE.** Alpha Plotter will allow free access to work areas for workers and vehicles and will allow areas for the storage of materials and debris. Driveways will be kept clear for the movement of vehicles during work hours. AMERICAN BUILDERS, INC will make reasonable efforts to protect driveways, lawns, shrubs, and other vegetation. AMERICAN BUILDERS, INC also agrees to keep the Worksite clean and orderly and to remove all debris as needed during the hours of work in order to maintain work conditions which do not cause health or safety hazards.

**15. UTILITIES.** Alpha Plotter shall provide and maintain water and electrical service, connect permanent electrical service, gas service or oil service, whichever is applicable, and tanks and lines to the building constructed under this Agreement after an acceptable cover inspection has been completed, and prior to the installation of any inside wall cover. Alpha Plotter shall, at Alpha Plotter's expense, connect sewage disposal and water lines to said building prior to the start of construction, and at all times maintain sewage disposal and water lines during construction as applicable. Alpha Plotter shall permit AMERICAN BUILDERS, INC to use, at no cost, any electrical power and water use necessary to carry out and complete the work.

**16. INSPECTION.** Alpha Plotter shall have the right to inspect all work performed under this Contract. All defects and uncompleted items shall be reported immediately. All work that needs to be inspected or tested and certified by an engineer as a condition of any government departments or other state agency, or inspected and certified by the local health officer, shall be done at each necessary stage of construction and before further construction can continue. All inspection and certification will be done at Alpha Plotter's expense.

**17. DEFAULT.** The occurrence of any of the following shall constitute a material default under this Contract:

   a. The failure of Alpha Plotter to make a required payment when due.

   b. The insolvency of either party or if either party shall, either voluntarily or involuntarily, become a debtor of or seek protection under Title 11 of the United States Bankruptcy Code.

   c. A lawsuit is brought on any claim, seizure, lien or levy for labor performed or materials used on or furnished to the project by either party, or there is a general assignment for the benefit of creditors, application or sale for or by any creditor or government agency brought against either party.

   d. The failure of Alpha Plotter to make the building site available or the failure of AMERICAN BUILDERS, INC to deliver the Services in the time and manner provided for in this Agreement.

**18. REMEDIES.** In addition to any and all other rights a party may have available according to law of the State of North Carolina, if a party defaults by failing to substantially perform any provision, term or condition of this Contract (including without limitation the failure to make a monetary payment when due), the other party may terminate the Contract by providing written notice to the defaulting party. This notice shall describe with sufficient detail the nature of the default. The party receiving said notice shall have 10

days from the effective date of said notice to cure the default(s) or begin substantial completion if completion cannot be made in 10 days. Unless waived by a party providing notice, the failure to cure or begin curing, the default(s) within such time period shall result in the automatic termination of this Contract.

**19. FORCE MAJEURE.** If performance of this Contract or any obligation thereunder is prevented, restricted, or interfered with by causes beyond either party's reasonable control ("Force Majeure"), and if the party unable to carry out its obligations gives the other party prompt written notice of such event, then the obligations of the party invoking this provision shall be suspended to the extent necessary by such event. The term Force Majeure shall include, but not be limited to, acts of God, plague, epidemic, pandemic, outbreaks of infectious disease or any other public health crisis, including quarantine or other employee restrictions, fire, explosion, vandalism, storm, casualty, illness, injury, general unavailability of materials or other similar occurrence, orders or acts of military or civil authority, or by national emergencies, insurrections, riots, or wars, or strikes, lock-outs, work stoppages, or other labor disputes, or supplier failures. The excused party shall use reasonable efforts under the circumstances to avoid or remove such causes of non-performance and shall proceed to perform with reasonable dispatch whenever such causes are removed or ceased. An act or omission shall be deemed within the reasonable control of a party if committed, omitted, or caused by such party, or its employees, officers, agents, or affiliates.

**20. DISPUTE RESOLUTION.** The parties will attempt to resolve any dispute arising out of or relating to this Agreement through friendly negotiations amongst the parties. If the matter is not resolved by negotiation, the parties will resolve the dispute using the below Alternative Dispute Resolution (ADR) procedure.

Any controversies or disputes arising out of or relating to this Agreement will be submitted to mediation in accordance with any statutory rules of mediation. If mediation is not successful in resolving the entire dispute or is unavailable, any outstanding issues will be submitted to final and binding arbitration under the rules of the American Arbitration Association. The arbitrator's award will be final, and judgment may be entered upon it by any court having proper jurisdiction.

**21. ENTIRE AGREEMENT.** This Contract contains the entire Agreement of the parties, and there are no other promises or conditions in any other contract or agreement whether oral or written concerning the subject matter of this Agreement. Any amendments must be in writing and signed by each party. This Agreement supersedes any prior written or oral agreements between the parties.

**22. SEVERABILITY.** If any provision of this Agreement will be held to be invalid or unenforceable for any reason, the remaining provisions will continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid and enforceable, then such provision will be deemed to be written, construed, and enforced as so limited.

**23. AMENDMENT.** This Agreement may be modified or amended in writing, if the writing is signed by each party.

**24. GOVERNING LAW.** This Agreement shall be construed in accordance with, and governed by the laws of the State of North Carolina, without regard to any choice of law provisions of North Carolina or any other jurisdiction.

**25. NOTICE.** Any notice or communication required or permitted under this Agreement shall be sufficiently given if delivered in person or by certified mail, return receipt requested, to the address set forth in the opening paragraph or to such other address as one party may have furnished to the other in writing.

**26. WAIVER OF CONTRACTUAL RIGHT.** The failure of either party to enforce any provision of this Contract shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this Contract.

**27. SIGNATORIES.** This Agreement shall be signed on behalf of Alpha Plotter by Bo Tain, President and on behalf of AMERICAN BUILDERS, INC by Billy Tyson Sr, President (Contractor's License: NCB-44325 , NCE - U-18549) and shall be effective as of the date first written above.

Owner:
Alpha Plotter

By: _____     Date: _11 / 06 / 2023_

Bo Tain
President

Contractor:
AMERICAN BUILDERS, INC
Contractor's License: NCB- 44325 , NCE - U-18549

By: _____     Date: _11 - 06 - 2 3_

Billy Tyson Sr
President

Alpha Plotter Phase 2

Electrical Schedule of Values .

| Scope of Work | Value | |
|---|---|---|
| Mobilization | $ | 5,000.00 |
| Permit | $ | 1,500.00 |
| Supervision | $ | 11,000.00 |
| Equipment and Rentals | $ | 20,000.00 |
| Bollards Material | $ | 2,500.00 |
| Bollards Labor | $ | 2,500.00 |
| Switchgear Side Modification Material | $ | 4,000.00 |
| Switchgear Side Modification Labor | $ | 2,000.00 |
| Pull Boxes & Tray Material | $ | 16,000.00 |
| Pull Boxes & Tray Labor | $ | 6,000.00 |
| Owner Furnished Contractor Installed Equipment Material | $ | 3,000.00 |
| Owner Furnished Contractor Installed Equipment Labor | $ | 12,000.00 |
| Grounding Material | $ | 6,000.00 |
| Grounding Labor | $ | 5,000.00 |
| Rough-In Material | $ | 30,000.00 |
| Rough-In Labor | $ | 22,400.00 |
| Wire & Terminations Material | $ | 235,000.00 |
| Wire & Terminations Labor | $ | 42,000.00 |
| | $ | - |
| | $ | - |
| Base Bid | $ | 425,900.00 |

Notes:

1) No engineering fee included in this price.

2) Utility transformer pad provided by others installed by ABI.

3) Utility primary is provided and installed by others.

4) The 1200A enclosure for each container is provided and installed by others, each with

   (3) 400 breakers.

5) This is for power to (4) containers.

6) Containers provided and installed by others.

7) No city planning or plan review fees included.

8) No fire alarm scope.

9) No electrical panels, disconnects, breakers, or other electrical equipment included unless listed in the proposal scope of work attached.

**American Builder's Representative Signature:** _____

**Alpha Plotter's Representative Signature:** _____

# American Builders, Inc.
## Electrical Proposal

**PROPOSAL:001     DATE: 10/26/2023**

**To:**
Bo Tian

**Project Name:**
Alpha Plotter Building Electrical Upgrades
Phase 2

American Builder's, Inc. hereby submits this electrical scope & proposal for the following:

**Scope:**
- Utility secondary terminations and lugs by ABI Electrical.
- Utility transformer pad provided by others and installed by ABI Electrical.
- Switchgear provided by others and installed by ABI Electrical.
- Structural support for the switchgear to allow bottom entry and side exit for power conductors.
- Install power to (4) metal containers that are already set in place and equipped with (1) 1200 Amp enclosure each.
- Electrical permit fee is included.
- *Engineering fee for phase 2, 3, and 4 is included. See below for deduct option.*
- (3) bollards are included for transformer protection.
- This proposal includes single conductor THHN/THWN-2 in cable tray.
- 12" X 12" X 5FT NEMA 3R wiring trough is included.
- TVSS cabinet is included.
- Grounding per code.
- PVC Schedule 40 underground changeover to GRC at the 90 turning up to the trough.
- 90ft 36" X 6" ladder tray with solid bottom is included.
- GRC from trough to switchgear.
- GRC stubbed from switchgear to tray.
- GRC stubbed from container to tray.
- (2) 4" stub-outs at the utility transformer for utility use.

**Exclusions:**
- Utility transformer provided and installed by others.
- Utility primary is provided and installed by others.
- 1200 Amp enclosure is provided and installed by others, each with (3) 400 Amp breakers.
- No city planning or plan review fees included.
- No fire alarm scope.
- No electrical panels, disconnects, breakers, or other electrical equipment included unless listed in this proposal as being provide by ABI Electrical.

## Total Electrical Base Bid = $480,700.00

*Note: Deduct $54,800.00 if the design fee is not accepted.*

805 W Star St., Greenville, NC 27834
(252) 756-1996
rwebber@americanbldr.com

## American Builders, Inc.
## Electrical Proposal

*Since copper is the driving commodity for this proposal, this price is good for one week. If the project is awarded after November 2nd, 2023, we will need to verify copper pricing before signing a contract.*

**WE PROPOSE** to furnish material and labor in accordance with the above descriptions and conditions.

**ACCEPTANCE OF PROPOSAL** The proposal 'Scope of Work', 'Inclusions' and 'Exclusions' are satisfactory and are hereby accepted. American Builders, Inc. is authorized to do the work as specified.

**Proposed By:** _____          **Accepted By:** _____

   **RONNIE WEBBER**                                  **Title:** _____

                                                      **Date:** _____

805 W Star St., Greenville, NC 27834
(252) 756-1996
rwebber@americanbldr.com

ELECTRICAL INSTALLATION PLAN

# APPLICATION AND CERTIFICATE FOR PAYMENT

AIA Document G702    Page | 1

To(OWNER): Alpha Plotter LLC
1512 Hooker Rd.
Greenville, NC 27834

Project: 23-431E Alpha Plotter Phase 2
1512 Hooker Rd.
Greenville, NC 27834

Application No: 1
Invoice No: 4386
Period To: 11/2/2023

From: American Builders, Inc.
P O BOX 2553
Winterville, NC 28590

Via/Architect,
Const.Manager

Architect's
Project No: 23-431E

Contract Date:

## CONTRACT'S APPLICATION FOR PAYMENT

Application is made for Payment, as shown below, in connection with the Contract. Continuation Sheet, AIA Document G703, is attached.

| 1. ORIGINAL CONTRACT SUM | 425,900.00 |
| 2. Net change by Change Orders | 0.00 |
| 3. CONTRACT SUM TO DATE (LINE 1 +/- 2) | 425,900.00 |
| 4. TOTAL COMPLETED & STORE TO DATE (Column G on G703) | 0.00 |
| 5. RETAINAGE(COLUMN 1 on G703) | 0.00 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 less Line 5) | 0.00 |
| 7. LESS PREVIOUS CERTIFICATE FOR PAYMENT (Line 6 from prior Certificate) | 0.00 |
| 8. SALES TAX | 0.00 |
| 9. CURRENT PAYMENT DUE | 0.00 |
| 10. BALANCE TO FINISH, PLUS RETAINAGE (Line 3 less Line 6) | 425,900.00 |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Approved previous months | 0.00 | 0.00 |
| Approved this month | 0.00 | 0.00 |
| TOTALS | 0.00 | 0.00 |
| Net change by change orders | 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for Which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR: American Builders, Inc.

By:_____ Date:_____

State of: North Carolina    County of: Pitt
Subscribed and sworn to before me this _____ day of

Notary Public: Susan Jordan Parker
My Commission expires: 11-15-2027

AMOUNT CERTIFIED......................................................$
(Attach explanation if amount certified differs from the amount applied for.)

ARCHITECT:

By:_____ Date:_____
This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on-site observations and the data comprising the above application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

CONTINUATION SHEET

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

AIA Document G703

Application Number: 1
Application Date: 11/2/2023
Period To: 11/2/2023
Architect's Project No: 23-431E

| ITEM No. | DESCRIPTION | SCHEDULED VALUE | PREVIOUS | THIS PERIOD | STORED MATERIALS | TOTAL | % | BALANCE | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| Div 16 | Electrical | | | | | | | | |
| 1 | Mobilization | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 5,000.00 | 0.00 |
| 2 | Permit | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 1,500.00 | 0.00 |
| 3 | Supervision | 11,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 11,000.00 | 0.00 |
| 4 | Equipment & Rentals | 20,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 20,000.00 | 0.00 |
| 5 | Bollards Material | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 2,500.00 | 0.00 |
| 6 | Bollards Labor | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 2,500.00 | 0.00 |
| 7 | Switchgear Side Modification Material | 4,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 4,000.00 | 0.00 |
| 8 | Switchgear Side Modification Labor | 2,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 2,000.00 | 0.00 |
| 9 | Pull Boxes & Tray Material | 16,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 16,000.00 | 0.00 |
| 10 | Pull Boxes & Tray Labor | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 6,000.00 | 0.00 |
| 11 | Owner Furn. Contractor Installed Equipment Material | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 3,000.00 | 0.00 |
| 12 | Owner Furn. Contractor Installed Equipment Labor | 12,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 12,000.00 | 0.00 |
| 13 | Grounding Material | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 6,000.00 | 0.00 |
| 14 | Grounding Labor | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 5,000.00 | 0.00 |
| 15 | Rough In Material | 30,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 30,000.00 | 0.00 |
| 16 | Rough In Labor | 22,400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 22,400.00 | 0.00 |
| 17 | Wire & Terminations Material | 235,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 235,000.00 | 0.00 |
| 18 | Wire & Terminations Labor | 42,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 42,000.00 | 0.00 |
| | | 425,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0 | 425,900.00 | 0.00 |

CONTINUATION SHEET

AIA Document G703

AIA Document G702, APPLICATION AND CERTIFICATE FOR PAYMENT, containing
Contractor's signed Certification is attached.

Application Number: 1
Application Date: 11/2/2023
Period To: 11/2/2023
Architect's Project No: 23-431E

| ITEM No. | DESCRIPTION | SCHEDULED VALUE | PREVIOUS | THIS PERIOD | STORED MATERIALS | TOTAL | % | BALANCE | RETAINAGE |
|---|---|---|---|---|---|---|---|---|---|
| | | 425,900.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 425,900.00 | 0.00 |