

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

American Builders, Inc.,

    Plaintiff,

        -against-

Alpha Plotter LLC,

    Defendant.

Case No.:

State File No.: 24-CVS-1839

**DECLARATION OF WENBO ZHAO IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**

I, Wenbo Zhao, declare under penalty of perjury that the following facts are true and correct:

1. I am a founding member and the Chief Executive Officer ("CEO") of Alpha Plotter, LLC, ("Alpha Plotter" or the "Company"), the defendant in the above-captioned matter. As such, I am fully familiar with the facts and circumstances herein.

2. I make this Declaration in support of Alpha Plotter's removal of this action to this federal Court. Alpha Plotter has been sued by Plaintiff American Builders, Inc. for alleged breach of contract. This contract was entered into by Alpha Plotter's former CEO, Bo Tian. Bo Tian has not been the CEO of, a member of, or otherwise associated with Alpha Plotter for several months.

3. Alpha Plotter is a California limited liability company registered to do business in North Carolina. Alpha Plotter has four members: me, Haofei Meng, Jue Wang, and Zhewen Chi. The Company's membership was the same at the time American Builders commenced its litigation.

4. I am a lawful permanent resident of the United States, and I reside in Yorba Linda, California.

5. The other members of Alpha Plotter are citizens and residents of China.

6. None of the members of Alpha Plotter are domiciled in North Carolina.

Dated: August 8, 2024

_____
WENBO ZHAO