IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No. _____

| | |
|---|---|
| AMERICAN BUILDERS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALPHA PLOTTER LLC, | ) |
| | ) |
| Defendant, | ) |
| | ) |

## NOTICE OF APPEARANCE AS
## LOCAL RULE 83.1(d) Counsel

Please take notice that the undersigned, L. Phillip Hornthal, III, hereby enters a notice of appearance as Local Civil Rule 83.1(d) for Defendants, ALPHA PLOTTER, LLC.

Respectfully Submitted,

Date: August 8, 2024    By:    /s/ L. Phillip Hornthal, III
L. Phillip Hornthal, III
Hornthal, Riley, Ellis & Maland
301 East Main Street
Elizabeth City, NC 27909
(252) 335-0871
phornthal@hrem.com
State Bar No. 19984
*Local Civil Rule 83.1(d) Counsel for Defendant*
*Alpha Plotter LLC*