# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

Case No. _____

| | |
|---|---|
| AMERICAN BUILDERS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ALPHA PLOTTER LLC, | ) ) |
| Defendant, | ) ) ) |

## NOTICE OF APPEARANCE AS
## LOCAL RULE 83.1(d) Counsel

Please take notice that the undersigned, Zach Robeson, hereby enters a notice of appearance as Local Civil Rule 83.1(d) for Defendants, ALPHA PLOTTER, LLC.

Respectfully Submitted,

Date: August 8, 2024     By:    /s/ Zachary M. Robeson
                                Zachary M. Robeson
                                Hornthal, Riley, Ellis & Maland
                                301 East Main Street
                                Elizabeth City, NC 27909
                                (252) 335-0871
                                zrobeson@hrem.com
                                State Bar No. 61844
                                *Local Civil Rule 83.1(d) Counsel for Defendant*
                                *Alpha Plotter LLC*