

| | United States District Court | |
|---|---|---|
| **Phone (252) 830-2327** | **Office of the Clerk** | **Peter A. Moore, Jr.,** |
| **Fax (252) 830-2793** | **201 SOUTH EVANS STREET** | **Clerk of Court** |
| | **GREENVILLE, NC 27858** | |

August 9, 2024

J. Michael Fields
Lilian L. Faulconer
Ward and Smith, P.A.
P. O. Box 8088
Greenville, NC 27835-8088
*Attorneys for Plaintiff*

RE: American Builders, Inc. V. Alpha Potter LLC
    4:24-CV-112-FL

**Notice to Parties Regarding Removal of Case to the Eastern District of North Carolina**

Dear Counsel of Record:

On August 8, 2024, a Notice of Removal was filed in the above-referenced action.

Local Civil Rule 5.3 governs removals of cases to the Eastern District of North Carolina Pursuant to this rule, within 14 days after removal you are required to file either a notice of appearance, a notice of substitution of counsel, or a motion to withdraw. Additionally, you must also file a disclosure statement in accordance with Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3. You also should consult Local Civil Rule 5.3 to determine the applicable response deadlines for any motions filed in state court prior to removal.

Unless otherwise authorized by the court, all documents submitted for filing shall be filed electronically using the Case Management/Electronic Case Filing System (CM/ECF). Information regarding CM/ECF and guidance in obtaining training and user log-in and password are available on the court's website, www.nced.uscourt.gov .

cc: L. Phillip Hornthal, III & Zachary M. Robeson - Notice of Electronic Filing

Sincerely,

Peter A. Moore, Jr.,
CLERK OF COURT

(By) /s/ Donna Rudd
 Deputy Clerk