IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Case No. 4:24-CV-00112

| | |
|---|---|
| AMERICAN BUILDERS, INC., | : |
| Plaintiff, | : |
| v. | :     CERTIFICATE OF SERVICE |
| ALPHA PLOTTER, LLC, | : |
| Defendant. | : |

The undersigned hereby certifies that he has served Defendant Alpha Plotter, LLC's Notice of Removal and exhibits (Doc. No. 1), L. Phillip Hornthal, III's Notice of Appearance (Doc. No. 2), Zachary M. Robeson's Notice of Appearance (Doc. No. 4), and Defendant's Financial Disclosure Statement (Doc. No. 5) on the other party in this case in compliance with Rule 5 of the Federal Rules of Civil Procedure, on the persons and in the manner set out below.

This the 9th day of August, 2024.

*Of Counsel for Defendant*

SERVED ON:

*(VIA EMAIL AND U.S. MAIL)*:
J. Michael Fields
Lillian Faulconer
Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835
JMF@wardandsmith.com
llfaulconer@wardandsmith.com
*Attorneys for Plaintiff*