IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:24-cv-00112-FL

| | | |
|---|---|---|
| AMERICAN BUILDERS, INC., | ) | |
|     Plaintiff | ) | |
| | ) | NOTICE OF APPEARANCE OF |
| v. | ) | J. MICHAEL FIELDS, ESQ. ON |
| | ) | BEHALF OF PLAINTIFF AMERICAN |
| | ) | BUILDERS, INC. |
| ALPHA PLOTTER LLC, | ) | |
|     Defendant | ) | |

    J. Michael Fields, Esq. of the law firm of Ward and Smith, P.A. hereby provides notice that he is entering an appearance as counsel of record in this action for Plaintiff American Builders, Inc.

    This the 12th day of August, 2024.

    */s /J. Michael Fields*
    J. Michael Fields
    N.C. State Bar I.D. No.: 018170
    email: docketCR@wardandsmith.com*
    email: jmf@wardandsmith.com**
    For the firm of
    Ward and Smith, P.A.
    Post Office Box 8088
    Greenville, NC  27835-8088
    Telephone:  252.215.4000
    Facsimile:  252.215.4077
    Attorneys for Plaintiff American Builders, Inc.

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.
** Email address to be used for all communications other than service.

100158-00002
ND:4881-7144-5975, v. 1