IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:24-cv-00112-FL

| | |
|---|---|
| AMERICAN BUILDERS, INC., ) | |
|     Plaintiff ) | |
| ) | NOTICE OF APPEARANCE OF |
| v. ) | LILIAN L. FAULCONER, ESQ. ON |
| ) | BEHALF OF PLAINTIFF AMERICAN |
| ) | BUILDERS, INC. |
| ALPHA PLOTTER LLC, ) | |
|     Defendant ) | |

Lilian L. Faulconer, Esq. of the law firm of Ward and Smith, P.A. hereby provides notice that she is entering an appearance as counsel of record in this action for Plaintiff American Builders, Inc.

This the 12th day of August, 2024.

          */s/ Lilian L. Faulconer*
          Lilian L. Faulconer
          N.C. State Bar I.D. No.: 57886
          email: docketCR@wardandsmith.com*
          email: llfaulconer@wardandsmith.com**
          For the firm of
          Ward and Smith, P.A.
          Post Office Box 8088
          Greenville, NC  27835-8088
          Telephone:  252.215.4000
          Facsimile:  252.215.4077
          Attorneys for Plaintiff American Builders, Inc.

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

100158-00002
ND:4884-8102-1143, v. 1