IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:24-cv-00112-FL

| AMERICAN BUILDERS, INC., | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | PLAINTIFF AMERICAN BUILDERS, |
| v. | ) | INC.'S NOTICE OF FILING OF |
| | ) | ADDITIONAL STATE COURT |
| | ) | PLEADINGS |
| ALPHA PLOTTER LLC, | ) | |
| Defendant | ) | |

PLEASE TAKE NOTICE that Plaintiff American Builders, Inc., by and through the undersigned attorneys, hereby is filing the following pleadings previously filed in the General Court of Justice, Superior Court Division of the State of North Carolina, Pitt County Court File 24-CVS-1839, which were not contained within Defendant Alpha Plotter LLC's Notice of Removal [D.E. 1] filed with this Court on August 8, 2024:

Exhibit A: Affidavit in Attachment Proceeding filed June 27, 2024;

Exhibit B: Order of Attachment issued June 27, 2024;

Exhibit C: Summons to Garnishee and Notice of Levy issued June 27, 2024;

Exhibit D: Return of Service of Summons to Garnishee and Notice of Levy filed June 28, 2024;

Exhibit E: Return of Service of Order of Attachment filed July 2, 2024;

Exhibit F: Affidavit of Service Pursuant to N.C. Gen. Stat. § 55D-33 and Rule 4(j)(6)(c) of the NC Rules of Civil Procedure filed July 17, 2024;

Exhibit G: Verified Response to Garnishee Summons dated July 18, 2024;

Exhibit H: General Civil Action Cover Sheet filed July 30, 2024; and

Exhibit I: Reply to Verified Response to Garnishee Summons filed July 30, 2024.

This the 12th day of August, 2024.

/s/ *Michael J. Parrish*
Michael J. Parrish
N.C. State Bar I.D. No.: 38419
email: docket@wardandsmith.com*
email: mjp@wardandsmith.com**
J. Michael Fields
N.C. State Bar I.D. No.: 018170
email: jmf@wardandsmith.com**
Lilian L. Faulconer
N.C. State Bar I.D. No.: 57886
email: llfaulconer@wardandsmith.com**
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477
Attorneys for Plaintiff American Builders, Inc.

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

100158-00002
ND:4886-5056-4055, v. 1