# EXHIBIT A

_Pitt_ County   **FILED**

2024 JUN 27 A 11: 05

PITT CO., C.S.C.
BY _____

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name Of Plaintiff**
American Builders, Inc.

VERSUS

**Name Of Defendant**
ALPHA PLOTTER LLC

**AFFIDAVIT IN ATTACHMENT PROCEEDING**

G.S. 1-440.8, 1-440.10, 1-440.11

The undersigned affiant, applying for an order of attachment and being first duly sworn, says that an action has been or is about to be commenced to secure a judgment for the amount and purpose indicated below and that the plaintiff is entitled to recover the amount for which judgment is sought over and above all counterclaims known to him/her.

**The nature of this action is as follows:**
Plaintiff seeks a monetary judgment for damages for breach of contract. Plaintiff is entitled to recover the amount for which the judgment is sought over and above all counterclaims known to Plaintiff.

**Amount Sought**
$    The amount sought is $134,904.19 plus the costs of this action.

The grounds for attachment are that the defendant is: *(check one or more)*

☒ 1. A nonresident.    (See the attached printouts from the NC Secretary of State website.)

☒ 2. A foreign corporation.

☐ 3. A domestic corporation whose president, vice president, secretary or treasurer cannot be found in the state after due diligence.

☐ 4. A resident of the state who, with intent to defraud his/her creditors, or to avoid service of summons
  ☐ a. has departed, or is about to depart from the state.
  ☐ b. keeps himself/herself concealed therein.

☐ 5. A person or a domestic corporation which, with intent to defraud his/her or its creditors,
  ☐ a. has removed or is about to remove, property from this state.
  ☐ b. has assigned, disposed of, secreted, or is about to assign, dispose of, or secrete, property.

The facts and circumstances supporting allegations or acts committed with intent to defraud creditors are as follows:

**SWORN AND SUBSCRIBED TO BEFORE ME**

Date: 6.27.24
Signature: Susan M Taylor

Title Of Person Authorized To Administer Oaths: NOTARY

Date Commission Expires: 6.21.2025

**Signature Of Affiant:** /s/ Billy R. Tyson
**Name Of Affiant (Type Or Print):** Billy R. Tyson, Sr.

☐ Plaintiff  ☐ Attorney  ☒ Agent

SEAL

Susan M Taylor
NOTARY PUBLIC
Pitt County, NC
My Commission Expires June 21, 2025

AOC-CV-300, Rev. 8/97
©1997 Administrative Office of the Courts

Original-File   Copy-Each Defendant   Copy-Attorney/Plaintiff
(Over)

Case 4:24-cv-00112-FL   Document 13-1   Filed 08/12/24   Page 2 of 8

## PLAINTIFF'S BOND

I, as principal, and the undersigned surety, do acknowledge that upon the issuance of this order of attachment we shall be bound to the defendant in the amount shown below. The condition of this bond is that if the order of attachment is thereafter dissolved, dismissed or set aside by the Court, or if I fail to obtain judgment against the defendant, I will pay all costs that may be awarded to the defendant and all damages that the defendant may sustain by reason of the attachment, provided that the liability of the undersigned surety shall be limited to the amount of this bond.

| Date | Amount of Bond | Signature Of Plaintiff (Principal) |
|---|---|---|
| 06/27/2024 | $ 200.00 | *[signed]* Bill Read president |

| Signature Of Surety 2 | Signature Of Surety 1 |
|---|---|
| | *[signed]* Bill Read president |

| Name And Address Of Surety 2 (Type Or Print) | Name And Address Of Surety 1 (Type Or Print) |
|---|---|
| | American Builders, Inc. <br> 805 West Star Street <br> Greenville NC 27834 |

## AFFIDAVIT BY INDIVIDUAL SURETY

The undersigned surety, being first duly sworn, says that he/she is a resident of the State of North Carolina, and is worth the amount of the bond, over and above all liabilities and exemptions allowed by law.

| SWORN AND SUBSCRIBED TO BEFORE ME | Signature Of Surety 1 |
|---|---|
| Date | Signature | |
| Title Of Person Authorized To Administer Oaths | Signature Of Surety 2 |
| Date Commission Expires     SEAL | |

AOC-CV-300, Side Two, Rev. 4/97
© 1997 Administrative Office of the Courts

• File an Annual Report/Amend an Annual Report • Upload a PDF Filing • Order a Document Online • Add Entity to My Email Notification List • View Filings • Print a Pre-Populated Annual Report form • Print an Amended a Annual Report form

# Limited Liability Company

## Legal Name
ALPHA PLOTTER LLC

## Information

**SosId:** 2501680
**Status:** Current-Active ⓘ
**Date Formed:** 10/7/2022
**Citizenship:** Foreign
**State of Incorporation:** CA
**Annual Report Due Date:** April 15th
    Current**Annual Report Status:**
        **Registered Agent:** Zhao, Wenbo

## Addresses

| Mailing | Principal Office | Reg Office |
|---|---|---|
| 119 N 2nd Ave | 119 N 2nd Ave | 1512 Hooker Road |
| Upland, CA 91786-6019 | Upland, CA 91786-6019 | Greenville, NC 27834-6323 |

**Reg Mailing**
1512 Hooker Road
Greenville, NC 27834-6323

## Company Officials

All LLCs are managed by their managers pursuant to N.C.G.S. 57D-3-20.

**Chief Executive Officer**
Wenbo Zhao
5470 ROBIN CIR
YORBA LINDA CA 92886

*State of North Carolina*
*Department of the Secretary of State*

SOSID: 2501680
Date Filed: 10/7/2022 9:22:00 AM
Elaine F. Marshall
North Carolina Secretary of State
C2022 280 00030

# APPLICATION FOR CERTIFICATE OF AUTHORITY
# FOR LIMITED LIABILITY COMPANY

Pursuant to §57D-7-03 of the General Statutes of North Carolina, the undersigned limited liability company hereby applies for a Certificate of Authority to transact business in the State of North Carolina, and for that purpose submits the following:

1. The name of the limited liability company is ALPHA PLOTTER LLC ;

   and if the limited liability company name is unavailable for use in the State of North Carolina, the name the limited liability company wishes to use is _____.

2. The state or country under whose laws the limited liability company was formed is CA, United States.

3. Principal office information: (*Select either a or b.*)

   a. ☒ The limited liability company has a principal office.

   The principal office telephone number: (909) 946-1051 x_____.

   The street address and county of the principal office of the limited liability company is:

   Number and Street: 119 N 2ND AVE

   City: UPLAND  State: CA  Zip Code: 91786-6019  County: SAN BERNARDINO

   The mailing address, *if different from the street address*, of the principal office of the corporation is:

   Number and Street: _____

   City: _____ State: ____ Zip Code: _____ County: _____

   b. ☐ The limited liability company does not have a principal office.

4. The name of the registered agent in the State of North Carolina is: BO TIAN.

5. The street address and county of the registered agent's office in the State of North Carolina is:

   Number and Street: 1512 HOOKER ROAD

   City: GREENVILLE  State: NC  Zip Code: 27834-6323  County: PITT COUNTY

6. The North Carolina mailing address, *if different from the street address,* of the registered agent's office in the State of North Carolina is:

   Number and Street: _____

   City: _____ State: NC  Zip Code: _____ County: _____

BUSINESS REGISTRATION DIVISION  P.O. BOX 29622  RALEIGH, NC 27626-0622
(Revised July 2017)  (Form L-09)

Case 4:24-cv-00112-FL    Document 13-1    Filed 08/12/24    Page 6 of 8

APPLICATION FOR CERTIFICATE OF AUTHORITY
Page 2

7. The names, titles, and usual business addresses of the current company officials of the limited liability company are: *(use attachment if necessary) (This document must be signed by a person listed in item 7.)*

| *Name* | *Title* | *Business Address* |
|---|---|---|
| BO TIAN | Managing Member | 119 N 2ND AVE Upland CA, 91786-6019 United States |

8. Attached is a certificate of existence (or document of similar import), duly authenticated by the secretary of state or other official having custody of limited liability company records in the state or country of formation. **The Certificate of Existence must be less than six months old. A photocopy of the certification cannot be accepted.**

9. If the limited liability company is required to use a fictitious name in order to transact business in this State, a copy of the resolution of its managers adopting the fictitious name is attached.

10. (Optional): Please provide a business e-mail address: Privacy Redaction
    The Secretary of State's Office will e-mail the business automatically at the address provided above at no cost when a document is filed. The e-mail provided **will not** be viewable on the website. For more information on why this service is offered, please see the instructions for this document.

11. This application will be effective upon filing, unless a delayed date and/or time is specified: _____.

This the 7th day of October, 2022

ALPHA PLOTTER LLC
*Name of Limited Liability Company*

BO TIAN Managing BO TIAN
*Signature of Company Official*

BO TIAN
*Type or Print Name and Title*

Notes:
1. **Filing fee is $250.** This document must be filed with the Secretary of State.



# Secretary of State
# Certificate of Status

I, SHIRLEY N. WEBER, PH.D., California Secretary of State, hereby certify:

**Entity Name:** ALPHA PLOTTER LLC
**Entity No.:** 202114811260
**Registration Date:** 05/26/2021
**Entity Type:** Limited Liability Company - CA
**Formed In:** CALIFORNIA
**Status:** Active

The above referenced entity is active on the Secretary of State's records and is authorized to exercise all its powers, rights and privileges in California.

This certificate relates to the status of the entity on the Secretary of State's records as of the date of this certificate and does not reflect documents that are pending review or other events that may impact status.

No information is available from this office regarding the financial condition, status of licenses, if any, business activities or practices of the entity.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of October 06, 2022.

**SHIRLEY N. WEBER, PH.D.**
**Secretary of State**

Certificate No.: 050487628

To verify the issuance of this Certificate, use the Certificate No. above with the Secretary of State Certification Verification Search available at bizfileOnline.sos.ca.gov.