# EXHIBIT C

| STATE OF NORTH CAROLINA | File No. 24 CVS 1839 |
|---|---|
| _____Pitt_____ County | Film No. |
| | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

| Name Of Plaintiff | |
|---|---|
| American Builders, Inc. | |
| **VERSUS** | |
| Name Of Defendant | **SUMMONS TO GARNISHEE** |
| ALPHA PLOTTER LLC | **AND** |
| Name And Address Of Garnishee | **NOTICE OF LEVY** |
| Wellspring Properties, LLC<br>Attn: Thomas F. Stoughton, Sr., Registered Agent, Manager, and Managing Agent<br>2815 B Charles Blvd.<br>Greenville, NC 27858 | |
| | G.S. 1-440.23, 1-440.24, 1-440.25 |

**TO THE GARNISHEE NAMED ABOVE:**

At the request of the plaintiff, you are summoned as a garnishee of the above named defendant and required, within twenty (20) days after you have been served with this Summons, to file a verified answer in the office of the Clerk of Superior Court of the above named county showing whether:

1. At the time the summons was served upon you, or at any time since then until the date of your answer, you were indebted to the defendant or had any property of the defendant in your possession and, if so, the amount and nature thereof; and,

2. Whether, according to your knowledge, information or belief, any other person is indebted to the defendant or has possession of any property of the defendant, and if so, the name of each person.

If you fail to file an answer, a conditional judgment will be rendered against you for the full amount the plaintiff has requested, plus an amount sufficient to cover the plaintiff's costs.

| Name And Address Of Attorney For Plaintiff | Date |
|---|---|
| Lilian F. Faulconer, Esq.<br>J. Michael Fields, Esq.<br>Ward and Smith, P.A.<br>PO Box 8088<br>Greenville, NC 27835-8088 | 6/27/2024 |
| | Signature: Patricia W. Lett |
| | ☒ Assistant CSC  ☐ Clerk Of Superior Court<br>☐ District Court Judge  ☐ Superior Court Judge |

AOC-CV-302, Rev. 1/98
©1998 Administrative Office of the Courts

Original-File   Copy-Each Defendant   Copy-Attorney/Plaintiff
(Over)

## NOTICE OF LEVY IN GARNISHMENT PROCEEDINGS

TO THE GARNISHEE NAMED ON THE REVERSE:

By virtue of the authority contained in an order of attachment issued in this action and directed to me, I hereby levy upon any and all property that you have or hold in your possession for the account, use, or benefit of the defendant, and upon all debts owed by you to the defendant.

You are notified that a lien is hereby created on all the tangible property of the defendant in your possession, and that if you surrender the possession of, or transfer to anyone, any property belonging to the defendant or if you pay any debt you owe the defendant, unless it is delivered or paid to me or to the Court for such proper dispositions as the Court may determine, you will be subject to punishment as for contempt, and that judgment may be rendered against you for the value of such property not exceeding the full amount of plaintiff's claim and costs of the action.

| Date |
|---|
| Name Of Sheriff |
| County |
| Name Of Deputy Sheriff |

## RETURN OF SERVICE

Levy in this case was made by delivering a copy of the order of attachment, the summons to garnishee, and the notice of levy to the garnishee.

| Date Received | Date Served | Time | ☐ AM ☐ PM | Date Of Return |
|---|---|---|---|---|
| County | | Name Of Sheriff | | |
| Fee Paid $ | By | Deputy Sheriff Making Return | | |

AOC-CV-302, Side Two, Rev. 1/98
©1998 Administrative Office of the Courts