# EXHIBIT G

STATE OF NORTH CAROLINA            IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF PITT                            FILE NO: 24-CVS-1839

AMERICAN BUILDERS, INC., )
           Plaintiff, )
                          )
                          )       VERIFIED RESPONSE
v.                                 )      TO GARNISHEE SUMMONS
                          )
ALPHA PLOTTER LLC, )
           Defendant. )

COMES NOW Wellspring Properties, LLC (hereinafter "Garnishee"), by and through undersigned counsel, and responding to Plaintiff's Garnishee Summons as follows:

1. The following items were in Garnishee's possession at time Garnishee was served with the Garnishee Summons and currently are located at 1512 Hooker Road, Greenville, NC 27834 (the "Property"):

     a. Seventeen and one-half (17 1/2) pallets of boxes containing unknown computing equipment bearing model number M 30S 92 38. Upon information and belief, said pallets contain artificial intelligence computing servers.

     b. Twenty-Five (25) COYOTE Cooling Pads with unknown model number (items remain in shipping packaging) with dimensions of 111x46x81 inches.

     c. Thirty-one (31) 380-volt cooling fans year model 2021.

     d. Five (5) airflow hoods approximately six (6) feet in length.

     e. Twenty-three (23) computer servers (unboxed) bearing model number APW121215f V3. 0010.

     f. Twenty-one (21) computer servers stored in boxes with Chinese writing, which, upon information and belief, contains the model numbers for said servers.

     g. A large structure comprised of approximately eight (8) shipping containers that is used to house and power artificial intelligence computing servers. Attached thereto are a number of computing servers, fans, and coolers. Upon information and belief, said structure is used to test the artificial intelligence computing servers.

     h. Two (2) Switchgears (1 incoming panel + 2 feeders) gross weight 1,100 KGs and 1470x1180x2390 mm dimensions.

     i. Four (4) AC Low Voltage Distribution Cabinets with rated voltage of AC415

and bearing Stangard Code UL891 manufactured by ChangZhou Pacific Electric Power Equipment (Group) CO., Ltd.

j. One (1) transformer manufactured by JSHP bearing description, "12.47 KV, 2.5 MVA America type of pad-mounted transformer," with a net weight of 7,500 KG and unit dimensions of 84.43x86.81x90.55 inches"

k. One (1) transformer manufactured by JSHP bearing description, "12.47 KV, 2.5 MVA America type of pad-mounted transformer," and a serial number, "HPT003200079," and with a net weight of 7,300 KG and unit dimensions of 2350x2280x2400 millimeters.

l. One (1) transformer manufactured by JSHP bearing description, "12.47 KV, 2.5 MVA America type of pad-mounted transformer," with a net weight of 7,500 KG and unit dimensions of 84.43x86.81x90.55 inches.

m. One (1) transformer manufactured by JSHP bearing description, "12.47 KV, 2.5 MVA America type of pad-mounted transformer," and a serial number, "HPT003200077," and with a net weight of 7,300 KG and unit dimensions of 2350x2280x2400 millimeters.

n. All other miscellaneous personal property and fixtures located at the Property, including, but not limited to, office chairs, desks, pallet jacks, warehouse fans, and other small items.

2. Garnishee is not indebted to Defendant.

3. Garnishee does not know of any other person or entity indebted to Defendant.

4. Garnishee does not know of any other person or entity in possession of Defendant's property.

5. Garnishee makes no representations or warranties regarding any liens or encumbrances on any of the aforementioned personal property.

6. Garnishee is unable to provide values for any of the aforementioned personal property of Defendant.

7. Upon information and belief, Garnishee has a lien upon the aforementioned personal property because of unpaid rent owed to Garnishee pursuant to its lease of the Property between Garnishee and Defendant.

8. Upon information and belief, Garnishee has a lien upon the aforementioned personal

property because Garnishee has incurred the cost to store the aforementioned personal property since the date of the service of the Garnishee Summons.

This the 18th day of July, 2024.

                              Colombo, Kitchin, Dunn, Ball & Porter, LLP

                              */s/ A. Reid Peterson*

                              A. Reid Peterson
                              North Carolina State Bar No. 59414
                              1698 East Arlington Boulevard
                              Greenville, NC 27858
                              (252) 321-2020
                              rpeterson@ck-attorneys.com

STATE OF NORTH CAROLINA

COUNTY OF PITT

**VERIFICATION**

The undersigned, being duly sworn, does hereby depose and say that he is the Manager of the Garnishee in this action and that all matters alleged in this Response are true of his own knowledge except as to those matters alleged upon information and belief, and as to those, he believes them to be true.

This the 17th day of July, 2024.

WELLSPRING PROPERTIES, LLC

By: _Thomas F. Stoughton_
Thomas F. Stoughton, Manager

Sworn to and subscribed before me,
this 17th day of July, 2024.

_Notary Public_

My Commission Expires: 02/16/2028

A REID PETERSON
Notary Public, North Carolina
Pitt County
My Commission Expires
February 16, 2028

CERTIFICATE OF SERVICE

This is to certify that I have this day served the RESPONSE TO GARNISHEE SUMMONS upon all other parties to this action by depositing a copy in a properly addressed envelope with adequate postage thereon in the manner prescribed by Rule 5 of the Rules of Civil Procedure, and addressed as follows:

J. Michael Fields
Ward & Smith, PA
Attorney for Plaintiff
Post Office Box 8088
Greenville, NC 27835-8088

ALPHA PLOTTER LLC
C/O Wenbo Zhao, Registered Agent
or other Member, Manage, Agent
119 North 2nd Avenue
Upland, CA 91786

With a courtesy copy to:

Sam Blatnick
Attorney at Law
101 Wood Avenue
Iselin, NJ 08830

This the 18th day of July, 2024.

Colombo, Kitchin, Dunn, Ball & Porter, LLP

A. Reid Peterson
North Carolina State Bar No. 59414
1698 East Arlington Boulevard
Greenville, NC 27858
(252) 321-2020
rpeterson@ck-attorneys.com