# EXHIBIT I

STATE OF NORTH CAROLINA          IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF PITT                      FILE NO. 24-CVS-1839

FILED 2024 JUL 30 A 10:22 PITT CO., C.S.C. BY _____

| | |
|---|---|
| AMERICAN BUILDERS, INC., <br>      Plaintiff <br><br> v. <br><br> ALPHA PLOTTER LLC, <br>      Defendant | ) <br> ) <br> ) <br> )    REPLY TO VERIFIED RESPONSE <br> )        TO GARNISHEE SUMMONS <br> ) <br> ) <br> ) |

NOW COMES Plaintiff American Builders, Inc. ("Plaintiff"), by and through its undersigned counsel, and replies to Garnishee Wellspring Properties, LLC's Verified Response to Garnishee Summons (the "Response") as follows:

1. Plaintiff is without information sufficient to form a belief as to the as to the truth or falsity of the allegations contained in Paragraph 1 (including the allegations contained in the subparagraphs of Paragraph 1) of the Response, and, therefore, said allegations are denied.

2. Plaintiff is without information sufficient to form a belief as to the as to the truth or falsity of the allegations contained in Paragraph 2 of the Response, and, therefore, said allegations are denied.

3. Plaintiff is without information sufficient to form a belief as to the as to the truth or falsity of the allegations contained in Paragraph 3 of the Response, and, therefore, said allegations are denied.

4. Plaintiff is without information sufficient to form a belief as to the as to the truth or falsity of the allegations contained in Paragraph 4 of the Response, and, therefore, said allegations are denied.

5. Plaintiff is without information sufficient to form a belief as to the as to the truth or falsity of the allegations contained in Paragraph 5 of the Response, and, therefore, said allegations are denied.

6. Plaintiff is without information sufficient to form a belief as to the as to the truth or falsity of the allegations contained in Paragraph 6 of the Response, and, therefore, said allegations are denied.

7. Plaintiff is without information sufficient to form a belief as to the as to the truth or falsity of the allegations contained in Paragraph 7 of the Response, and, therefore, said allegations are denied.

8. Plaintiff is without information sufficient to form a belief as to the as to the truth or falsity of the allegations contained in Paragraph 8 of the Response, and, therefore, said allegations are denied.

This the 29th day of July, 2024.

*Lilian L. Faulconer*

J. Michael Fields
N.C. State Bar I.D. No.: 018170
E-mail: docketCR@wardandsmith.com *
E-mail: jmf@wardandsmith.com **
Lilian L. Faulconer
N.C. State Bar I.D. No.: 57886
E-mail: llfaulconer@wardandsmith.com **
For the firm of
Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: (252) 215-4000
Facsimile: (252) 215-4077
Attorneys for American Builders, Inc.

* This email address must be used in order to effectuate service under Rule 5 of the North Carolina Rules of Civil Procedure.
** Email address to be used for all communications other than service.

STATE OF NORTH CAROLINA      IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
COUNTY OF PITT      FILE NO. 24-CVS-1839

| | |
|---|---|
| AMERICAN BUILDERS, INC., ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | VERIFICATION |
| ) | |
| ALPHA PLOTTER LLC, ) | |
|     Defendant ) | |
| ) | |

BILLY R. TYSON, SR., being duly sworn, deposes and says that he is the President of American Builders, Inc., and as such is authorized to make this verification; that he has read the foregoing REPLY TO VERIFIED RESPONSE TO GARNISHEE SUMMONS, and the same is true of his own knowledge, except as to those matters and things stated on information and belief, and, as to those, he believes them to be true.

/s/ Billy R. Tyson
BILLY R. TYSON, SR.

PITT COUNTY, NORTH CAROLINA

Sworn to (or affirmed) and subscribed before me this day by: Billy R. Tyson, Sr.

Date: 7-29-24

Susan M Taylor
NOTARY PUBLIC
(Pitt County, NC)
My Commission Expires June 21, 2025

Susan M Taylor
Notary Public

My Commission Expires: 6.21.2025

3

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing REPLY TO VERIFIED RESPONSE TO GARNISHEE SUMMONS by depositing a copy in an envelope bearing sufficient first-class postage in the United States mail addressed to the following parties at the following addresses, which are the last addresses known to me:

A. Reid Peterson
Colombo, Kitchin, Dunn, Ball
   & Porter, LLP
1698 East Arlington Boulevard
Greenville, NC 27858
*Attorney for Garnishee Wellspring
   Properties, LLC*

L. Phillip Hornthal, III
Hornthal, Riley, Ellis & Maland LLP
301 East Main Street
Elizabeth City, NC 27909
*Attorney for Defendant ALPHA
   PLOTTER LLC*

This the 29th day of July, 2024.

*/s/ Lilian L. Faulconer*
J. Michael Fields
N.C. State Bar I.D. No.: 018170
E-mail: docketCR@wardandsmith.com *
E-mail: jmf@wardandsmith.com **
Lilian L. Faulconer
N.C. State Bar I.D. No.: 57886
E-mail: llfaulconer@wardandsmith.com **
For the firm of
Ward and Smith, P.A.
Post Office Box 8088
Greenville, NC 27835-8088
Telephone: (252) 215-4000
Facsimile: (252) 215-4077
Attorneys for American Builders, Inc.

\* This email address must be used in order to effectuate service under Rule 5 of the North Carolina Rules of Civil Procedure.
\*\* Email address to be used for all communications other than service.