UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Case No.: 4:24-CV-00112-FL

American Builders, Inc.,

    Plaintiff,

v.

Alpha Plotter, LLC,

    Defendant.

**MOTION TO DISMISS AND COMPEL ARBITRATION**

NOW COMES the Defendant, Alpha Plotter, LLC, by counsel and pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6), and moves the Court to dismiss Plaintiff's Complaint and compel arbitration.

As set forth in Defendant's Memorandum of Law in Support of Defendant's Motion to Dismiss and Compel Arbitration, pursuant to Section 20 of the underlying Construction Contract (the "Contract"), the parties hereto agreed to submit any controversy or dispute arising out of or related to the Contract to "friendly negotiations", mediation, and final and binding arbitration.

Thus, for the foregoing reasons and those stated in Defendant's accompanying Memorandum of Law in Support, Defendant requests that this Court dismiss Plaintiff's Complaint in its entirety with prejudice and compel Plaintiff to arbitrate.

Respectfully submitted this the 15th day of August, 2024.

1

LUCOSKY BROOKMAN, LLP

BY: /s/ SAMUEL L. BLATNICK
Samuel L. Blatnick
Anne L. Melton
111 Broadway, Suite 807
New York, New York 10006
*Attorneys for Defendant Alpha Plotter, LLC**
** Pursuant to Local Civil Rule 5.3(b), Notices of Special Appearance will be filed on or before August 22, 2024*

HORNTHAL, RILEY, ELLIS & MALAND, LLP

BY: /s/ L. PHILLIP HORNTAL, III
L. Phillip Hornthal, III (N.C. Bar No. 19984)
Zachary M. Robeson (N.C. Bar No. 61844)
Hornthal, Riley, Ellis & Maland
301 East Main Street
Elizabeth City, NC 27909
(252) 335-0871
phornthal@hrem.com
zrobeson@hrem.com
*Local Civil Rule 83.1(d) Attorney for Defendant Alpha Plotter, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certify that they electronically filed the foregoing MOTION TO DISMISS AND COMPEL ARBITRATION with the Clerk of Court using the CM/ECF filing system, which will electronically serve counsel of record for the Plaintiff, in compliance with Rule 5 of the Federal Rules of Civil Procedure.

This the 15th day of August, 2024.

LUCOSKY BROOKMAN, LLP

BY: /s/ SAMUEL L. BLATNICK
Samuel L. Blatnick
Anne L. Melton
111 Broadway, Suite 807
New York, New York 10006
*Attorneys for Defendant Alpha Plotter, LLC\**
*\* Pursuant to Local Civil Rule 5.3(b), Notices of Special Appearance will be filed on or before August 22, 2024*

HORNTHAL, RILEY, ELLIS & MALAND, LLP

BY: /s/ L. PHILLIP HORNTAL, III
L. Phillip Hornthal, III (N.C. Bar No. 19984)
Zachary M. Robeson (N.C. Bar No. 61844)
Hornthal, Riley, Ellis & Maland
301 East Main Street
Elizabeth City, NC 27909
(252) 335-0871
phornthal@hrem.com
zrobeson@hrem.com
*Local Civil Rule 83.1(d) Attorney for Defendant Alpha Plotter, LLC*