

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Case No.: 4:24-CV-00112-FL

American Builders, Inc.,

    Plaintiff,

v.

Alpha Plotter LLC,

    Defendant.

NOTICE OF INTENT TO COMPEL ARBITRATION

NOW COMES the Defendant, Alpha Plotter, LLC, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, and the Dispute Resolution provision in Section 20 of the Construction Agreement between Plaintiff and Defendant, dated November 6, 2023, and notifies the Plaintiff, American Builders, Inc., of Defendant's intent to compel arbitration in the above-captioned matter, in which Plaintiff has improperly commenced proceedings for breach of contract and attachment of Defendant's property, despite the parties' agreement to arbitrate "any controversy or dispute arising out of or relating to th[e Construction] Agreement".

This the 13th day of August, 2024.

1

LUCOSKY BROOKMAN, LLP

BY: /s/ SAMUEL L. BLATNICK
Samuel L. Blatnick
Anne L. Melton
111 Broadway, Suite 807
New York, New York 10006
*Attorneys for Defendant Alpha Plotter, LLC*

HORNTHAL, RILEY, ELLIS & MALAND, LLP

BY: /s/ L. PHILLIP HORNTAL, III
L. Phillip Hornthal, III (N.C. Bar No. 19984)
Zachary M. Robeson (N.C. Bar No. 61844)
Hornthal, Riley, Ellis & Maland
301 East Main Street
Elizabeth City, NC 27909
(252) 335-0871
phornthal@hrem.com
zrobeson@hrem.com
*Local Civil Rule 83.1(d) Attorney for Defendant Alpha Plotter, LLC*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he served the foregoing NOTICE OF INTENT TO COMPEL ARBITRATION on the persons and in the manner set forth below, in compliance with Rule 5 of the Federal Rules of Civil Procedure.

This the 13th day of August, 2024.

SERVED ON:

(VIA E-MAIL AND U.S. MAIL):
J. Michael Fields
Michael J. Parrish
Lilian L. Faulconer
Ward and Smith, P.A.
P.O. Box 8088
Greenville, NC 27835
jmf@wardandsmith.com
mjp@wardandsmith.com
llfaulconer@wardandsmith.com
*Attorneys for Plaintiff*

HORNTHAL, RILEY, ELLIS & MALAND, LLP

BY: /s/ L. PHILLIP HORNTAL, III
L. Phillip Hornthal, III (N.C. Bar No. 19984)
Zachary M. Robeson (N.C. Bar No. 61844)
Hornthal, Riley, Ellis & Maland
301 East Main Street
Elizabeth City, NC 27909
(252) 335-0871
phornthal@hrem.com
zrobeson@hrem.com
*Local Civil Rule 83.1(d) Attorney for Defendant Alpha Plotter, LLC*