EXHIBIT B

**STATE OF NORTH CAROLINA**

563185

Pitt County

File No. 24 CVS 1839

Film No.

In The General Court Of Justice
☐ District ☒ Superior Court Division

| Name Of Plaintiff | |
|---|---|
| American Builders, Inc. | **ORDER OF ATTACHMENT**<br>G.S. 1-440.12, 1-440.13 |
| **VERSUS** | |
| Name Of Defendant<br>ALPHA PLOTTER LLC | ☐ *Alias and Pluries Order<br>The Order originally issued against you was returned not served. |
| | Date Last Order Issued \| *Disregard this section unless the block is checked. |

To The Sheriff Of The County Named Below:

The above named plaintiff has applied for an attachment of the defendant's property in this action and has executed and delivered to the Court a satisfactory attachment bond. It appears to the satisfaction of the Court that the allegations in the plaintiff's affidavit are true.

You are commanded to attach and keep safely as much of the property of the defendant within your county which is subject to attachment, as is sufficient to satisfy the amount sought in the Affidavit in Attachment Proceeding, the costs of the action and expenses. You are further commanded to make return of this Order to this Court within the time allowed by law. The amount sufficient to satisfy the plaintiff's demand is shown below.

| County In Which Order To Be Served | Date Issued |
|---|---|
| Pitt | 6/27/2024 |
| Amount Sufficient To Satisfy Plaintiff's Demand | Signature *Patricia N. ___* |
| $ 134,904.19 plus the costs of this action | ☒ Assistant CSC ☐ Clerk Of Superior Court<br>☐ District Court Judge ☐ Superior Court Judge |

AOC-CV-301, Rev. 1/98
©1998 Administrative Office of the Courts    Original-File  Copy-Each Defendant  Copy-Attorney/Plaintiff
(Over)

RCP: 180046

| | RETURN OF SERVICE | |
|---|---|---|

I certify that pursuant to this Order I levied on the following described property of the defendant on the date set out below:

| DATE OF LEVY | PROPERTY LEVIED ON |
|---|---|
| | All machinery, equipment, wiring, tools, supplies, and other tangible personal property owned by Defendant located at 1512 Hooker Road, Greenville, Pitt County, North Carolina. |

NOTE TO SHERIFF: *If you levy on real property and this Order Of Attachment was issued by a Clerk from a county other than your county, in addition to returning the order and return of service to the Clerk who issued it, you must give a copy of this order and return of service to the Clerk of Superior Court in your county.*
G.S. 1-440.17(a).

NOTE TO CLERK: *If the return certifies that the sheriff levied on real property, note the levy on the judgment docket and index it.*

☑ No levy has been made within ten (10) days after the issuance of this Order Of Attachment for the following reasons:

See accompanying Affidavit.

| Fee Paid | Date Received | Name Of Sheriff |
|---|---|---|
| $ | 6/27/24 | Paula Dance |
| By | Date Served | County |
| | | Pitt |
| | Date Returned | Deputy Sheriff Making Return |
| | 6/28/24 | 8476 |

Judgment Docket Book And Page No. (If Real Property Attached)

AOC-CV-301, Side Two, Rev. 1/98
© 1998 Administrative Office of the Courts