# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
## Case No.: 4:24-CV-00112-FL

| | |
|---|---|
| AMERICAN BUILDERS, INC. )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ALPHA PLOTTER, LLC, )<br>)<br>Defendant. )<br>) | **NOTICE OF SPECIAL APPEARANCE** |

Please take notice that the undersigned, Anne L. Melton, hereby enters a Notice of Special Appearance as attorney for Defendant Alpha Plotter, LLC in the above-captioned matter, in association with the undersigned Local Civil Rule 83.1(d) attorney, L. Phillip Hornthal, III.

I certify that I will submit any document to the undersigned Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

This the 16th day of August, 2024.

**LUCOSKY BROOKMAN, LLP**

BY: /s/ Anne L. Melton
111 Broadway, Suite 807
New York, NY 10006
Telephone: (732) 395-4409
Email: amelton@lucbro.com
*Counsel for Defendant Alpha Plotter, LLC*

**HORNTHAL, RILEY, ELLIS & MALAND, LLP**

BY: /s/ L. PHILLIP HORNTHAL, III
301 E. Main Street
Elizabeth City, NC 27909
Telephone: (252) 335-0871
Facsimile: (252) 335-4223
Email: phornthal@hrem.com
*Local Civil Rule 83.1(d) Counsel for Defendant*

1