UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Case No.: 4:24-CV-00112-FL

| AMERICAN BUILDERS, INC. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **NOTICE OF SPECIAL** |
| ALPHA PLOTTER, LLC, | ) | **APPEARANCE** |
| Defendant. | ) | |

Please take notice that the undersigned, Samuel L. Blatnick, hereby enters a Notice of Special Appearance as attorney for Defendant Alpha Plotter, LLC in the above-captioned matter, in association with the undersigned Local Civil Rule 83.1(d) attorney, L. Phillip Hornthal, III.

I certify that I will submit any document to the undersigned Local Civil Rule 83.1(d) attorney for review prior to filing the document with the court.

This the 21st day of August, 2024.

**LUCOSKY BROOKMAN, LLP**

BY: /s/ Samuel L. Blatnick
7300 W. 110th Street, Suite 700
Overland Park, KS 66210
Telephone: (913) 392-8505
Facsimile: (732) 395-4401
Email: sblatnick@lucbro.com

**HORNTHAL, RILEY, ELLIS & MALAND, LLP**

BY: /s/ L. PHILLIP HORNTHAL, III
301 E. Main Street
Elizabeth City, NC 27909
Telephone: (252) 335-0871
Facsimile: (252) 335-4223
Email: phornthal@hrem.com
*Local Civil Rule 83.1(d) Counsel for Defendant*

1