UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:24-CV-00112-FL

| | |
|---|---|
| AMRERICAN BUILDERS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF SUBSTITUTION OF** |
| ) | **COUNSEL** |
| ALPHA PLOTTER LLC, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PLEASE TAKE NOTICE, pursuant to Local Civil Rule 5.2(c), that Christopher T. Graebe of Morningstar Law Group is hereby substituted for L. Phillip Hornthal, III and Zachary M. Robeson of Hornthal, Riley, Ellis & Maland, as local counsel for Defendant Alpha Plotter LLC. Mr. Graebe verifies that he is admitted to practice before this Court and he is aware of and will comply with all pending deadlines in this case, including proceeding with any scheduled trial or hearings, and that this notice is being served on all parties via the Court's electronic filing system. Undersigned counsel respectfully request that the Clerk terminate Mr. Hornthal and Mr. Robeson from the case and add Mr. Graebe as counsel for Defendant Alpha Plotter LLC.

This the 18th of October, 2024.

/s/ Christopher T. Graebe
Christopher T. Graebe (N.C. State Bar. No. 17416)
MORNINGSTAR LAW GROUP
434 Fayetteville Street, Ste. 2200
Raleigh, NC 27601
Telephone: (919) 863-9092
Email: cgraebe@morningstarlawgroup.com
*Local Civil Rule 83.1(d) Counsel for Defendant Alpha Plotter LLC*

/s/ L. Philip Hornthal, III
L. Phillip Hornthal, III
Hornthal, Riley, Ellis & Maland
301 East Main Street
Elizabeth City, NC 27909
(252) 335-0871
phornthal@hrem.com
State Bar No. 19984
*Local Civil Rule 83.1(d) Counsel for Defendant Alpha Plotter LLC*

/s/ Zachary M. Robeson
Zachary M. Robeson
Hornthal, Riley, Ellis & Maland
301 East Main Street
Elizabeth City, NC 27909
(252) 335-0871
zrobeson@hrem.com
State Bar No. 61844
*Local Civil Rule 83.1(d) Counsel for Defendant Alpha Plotter LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's CM/ECF system to counsel of record.

This the 18th day of October, 2024.

/s/ Christopher T. Graebe
Christopher T. Graebe (N.C. State Bar. No. 17416)
MORNINGSTAR LAW GROUP
434 Fayetteville Street, Ste. 2200
Raleigh, NC 27601
Telephone: (919) 590-9092
Email: cgraebe@morningstarlawgroup.com

*Local Civil Rule 83.1(d) Counsel for Defendant Alpha Plotter LLC*