UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:24-CV-00112-FL

| | |
|---|---|
| AMERICAN BUILDERS, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| ALPHA PLOTTER LLC, | ) |
| Defendant. | ) |

# CONSENT ORDER GRANTING MOTION TO COMPEL ARBITRATION AND DENYING MOTION TO DISMISS

This matter is before the court upon Defendant Alpha Plotter, LLC's motion to dismiss and compel arbitration (DE 14). The motion has been briefed fully, and the parties have submitted this Consent Order to resolve the issues presented in the motion. For the reasons set forth below, the motion to compel arbitration is granted, subject to the requirement of a prior mediation, and the motion to dismiss is denied.

### FINDINGS OF FACT

1. In its Complaint, Plaintiff American Builders, Inc. seeks payment of $117,307.99, plus attorneys' fees and accrued interest, for amounts that it alleges it is owed pursuant to a Construction Contract. (DE 1-1). American Builders, Inc. asserts a single claim for breach of contract.

2. The Construction Contract contains the following provision:

> 20. DISPUTE RESOLUTION. The parties will attempt to resolve any dispute arising out of or relating to this Agreement through friendly negotiations amongst the parties. If the matter is note resolved by negotiation, the parties will resolve the dispute using the below Alternative Dispute Resolution (ADR) procedure.
>
> Any controversy or dispute arising out of or relating to this Agreement will be submitted to mediation in accordance with any statutory rules of mediation. If mediation is not successful in resolving the entire dispute or is unavailable, any outstanding issues will be submitted to final and binding arbitration under the rules of the American Arbitration Association. The arbitrator's award will be final, and judgment may be entered upon it by any court having proper jurisdiction.

3. The parties agree that the Complaint is subject to this provision and that the parties must follow the mediation and arbitration requirements contained in it.

## CONCLUSIONS OF LAW

1. The Fourth Circuit has "consistently held that an arbitration clause encompassing all disputes 'arising out of or relating to' a contract"—as the Construction Contract's does here—"embraces 'every dispute between the parties having a significant relationship to the contract regardless of the label attached to a dispute.'" *Wachovia Bank, Nat'l Ass'n v. Schmidt*, 445 F.3d 762, 767 (4th Cir. 2006).

2. The Court agrees with the parties that this action is encompassed within the arbitration clause.

3. The proper remedy when an action is subject to mandatory arbitration is to stay the action and order the parties to arbitration according to the parties' agreement. *Smith v. Spizzirri*, 601 U.S. 472 (2024).

4. Here, the arbitration clause requires a mediation prior to arbitration.

2

ORDER

With the consent of the parties, it is, therefore, ORDERED as follows:

1. Defendant Alpha Plotter, LLC's motion to compel arbitration is GRANTED, subject to the requirement of a prior mediation. Within 10 days of entry of this Consent Order, the parties shall select a mediator and schedule mediation to take place as soon as practicable. If mediation does not successfully resolve all issues presented by the Complaint, the parties shall then promptly submit their dispute to arbitration under the rules of the American Arbitration Association.

2. This action is STAYED pending completion of arbitration. Counsel shall file a joint status report with the Court every 90 days, beginning 90 days from entry of this Consent Order.

3. Defendant's motion to dismiss is denied.

4. Rule 16(b) teleconference set for October 22, 2024, is CANCELLED.

SO ORDERED.

This the 21st day of October, 2024.

_____
Hon. Louise W. Flanagan
United States District Judge

/s/ Christopher T. Graebe
Christopher T. Graebe
N.C. State Bar. No. 17416
MORNINGSTAR LAW GROUP
434 Fayetteville Street, Ste. 2200
Raleigh, NC 27601
Telephone: (919) 590-9092
cgraebe@morningstarlawgroup.com
*Local Civil Rule 83.1(d) Counsel for Defendant Alpha Plotter LLC*


/s/  Anne L. Melton
Anne L. Melton
Samuel L. Blatnick
LUCOSKY BROOKMAN, LLP
111 Broadway, Suite 807
New York, NY 10006
Telephone: (732) 395-4409
amelton@lucbro.com
*Counsel for Defendant Alpha Plotter LLC*


/s/   Michael J. Parrish
Michael J. Parrish
N.C. State Bar. No. 38419
J. Michael Fields
N.C. State Bar No. 018170
Lilian L. Faulconer
N.C. State Bar No. 57886
WARD and SMITH, P.A.
P.O. Box 867
New Bern, NC 28563
Telephone: (252) 672-5400
docket@wardandsmith.com
mjp@wardandsmith.com
jmf@wardandsmith.com
llfaulconer@wardandsmith.com
*Attorneys for Plaintiff American Builders, Inc.*