UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:24-CV-00112-FL

| | |
|---|---|
| AMERICAN BUILDERS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALPHA PLOTTER LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**REPORT OF MEDIATION IMPASSE**

Pursuant to this Court's October 21, 2024 Order [D.E. 22], on December 12, 2024, the parties held a mediated settlement conference with Jason Hendren, Esq. as Mediator. In addition to Plaintiff American Builders, Inc. and Defendant Alpha Plotter LLC, several third-parties also voluntarily participated in the mediation. Those third-parties were (a) Meten Service USA Corp., which asserts potential claims against Alpha Plotter LLC and a possible interest in certain of Alpha Plotter LLC's assets; (b) Wellspring Properties, LLC, Alpha Plotter LLC's former landlord which is in possession of assets pursuant to an Order of Attachment and Garnishee Summons, and which asserts a potential claim for past-due rent against Alpha Plotter LLC; and (c) Reflek Technologies Corporation, which claims an interest in some of the assets being held by Wellspring Properties, LLC.

The mediation concluded with an impasse.

This the 16th day of December, 2024

                                                      */s/ Michael J. Parrish*
                                                      Michael J. Parrish
                                                      N.C. State Bar. No. 38419
                                                      J. Michael Fields
                                                      N.C. State Bar No. 018170
                                                      Lilian L. Faulconer
                                                      N.C. State Bar No. 57886
                                                      Ward and Smith, P.A.
                                                      P.O. Box 867
                                                      New Bern, NC 28563
                                                      Telephone: (252) 672-5400
                                                      docket@wardandsmith.com
                                                      mjp@wardandsmith.com
                                                      *Attorneys for Plaintiff American Builders, Inc.*

100158-00002
ND:4924-5798-2214, v. 1