IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:24-cv-00112-FL

| | |
|---|---|
| AMERICAN BUILDERS, INC., ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> ALPHA PLOTTER LLC, ) <br> Defendant ) | JOINT STATUS REPORT PURSUANT TO COURT'S OCTOBER 21, 2024, ORDER |

Plaintiff American Builders, Inc. and Defendant Alpha Plotter, LLC, by and through their undersigned counsel, jointly submit this status report pursuant to this Court's October 21, 2024 "Consent Order Granting Motion to Compel Arbitration and Denying Motion to Dismiss."

Following entry of this Court's October 21, 2024 Order, American Builders, Inc. initiated an arbitration proceeding before the American Arbitration Association. Alpha Plotter, LLC filed an Answer and Counterclaim against American Builders, Inc., and American Builders, Inc. filed a Reply to Alpha Plotter, LLC's Counterclaim. The parties thereafter reached an agreement in principle for the resolution of all disputes between them, with that agreement now being reduced to a fully-executed Settlement Agreement. One aspect of the parties' agreement is the joint request that this Court enter Judgment in a form to be submitted to this

Court in a "Joint Motion for Entry of Judgment." That pleading and proposed Judgment being filed contemporaneously herewith.

This the 14th day of March, 2025.

/s /Michael J. Parrish
Michael J. Parrish
N.C. State Bar I.D. No.: 38419
email: docket@wardandsmith.com*
email: mjp@wardandsmith.com**
J. Michael Fields
N.C. State Bar I.D. No.: 018170
email: jmf@wardandsmith.com**
Lilian L. Faulconer
N.C. State Bar I.D. No.: 57886
email: llfaulconer@wardandsmith.com**
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477

*Attorneys for Plaintiff American*
  *Builders, Inc.*

/s/ Christopher T. Graebe
Christopher T. Graebe
N.C. State Bar I.D. No.: 17416
email: cgraebe@morningstarlawgroup.com
MORNINGSTAR LAW GROUP
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601
Telephone: 919.863.9092

*Local Civil Rule 83.1(d) Counsel for*
  *Defendant Alpha Plotter LLC*

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

100158-00002
ND:4904-5301-7879, v. 1