IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:24-cv-00112-FL

| | |
|---|---|
| AMERICAN BUILDERS, INC., )<br>      Plaintiff )<br>)<br>v. )<br>)<br>)<br>ALPHA PLOTTER LLC, )<br>      Defendant ) | JOINT MOTION FOR ENTRY<br>OF JUDGMENT |

Come now Plaintiff American Builders, Inc. and Defendant Alpha Plotter, LLC, by and through their undersigned counsel, and jointly move this Court for entry of that proposed Judgment being submitted contemporaneously with the filing of this Motion. In support of this Motion, American Builders, Inc. and Alpha Plotter, LLC jointly say:

      1.    This action originated with American Builders, Inc.'s filing of a Complaint seeking the recovery of funds against Alpha Plotter, LLC in Pitt County Superior Court, and with American Builders, Inc. having obtained the remedies of attachment and garnishment against certain personal property as ordered by the Pitt County Superior Court.

      2.    Alpha Plotter, LLC removed this action from Pitt County Superior Court and filed a motion requesting that this Court compel arbitration.

3. On October 21, 2024, this Court entered a "Consent Order Granting Motion to Compel Arbitration and Denying Motion to Dismiss." That October 21, 2024 Order required the parties to mediate and, if mediation were unsuccessful, to submit their dispute to arbitration.

4. Following an unsuccessful mediation, American Builders, Inc. initiated an arbitration proceeding before the American Arbitration Association.

5. Alpha Plotter, LLC filed an Answer and Counterclaim against American Builders, Inc. in the arbitration, and American Builders, Inc. filed a Reply to Alpha Plotter, LLC's Counterclaim.

6. The parties thereafter reached an agreement in principle for the resolution of all disputes between them, with that agreement now being reduced to a fully-executed Settlement Agreement. One aspect of the parties' agreement is their joint request that this Court enter that Judgment which is being submitted to the Court contemporaneously with the filing of this Motion.

7. American Builders, Inc. and Alpha Plotter, LLC each request that this Court enter the proposed Judgment to facilitate the resolution of all disputes among them.

This the 14th day of March, 2025.

/s/ Michael J. Parrish
Michael J. Parrish
N.C. State Bar I.D. No.: 38419
email: docket@wardandsmith.com*
email: mjp@wardandsmith.com**
J. Michael Fields
N.C. State Bar I.D. No.: 018170
email: jmf@wardandsmith.com**
Lilian L. Faulconer
N.C. State Bar I.D. No.: 57886
email: llfaulconer@wardandsmith.com**
For the firm of
Ward and Smith, P.A.
Post Office Box 867
New Bern, NC 28563-0867
Telephone: 252.672.5400
Facsimile: 252.672.5477

*Attorneys for Plaintiff American
Builders, Inc.*

/s/ Christopher T. Graebe
Christopher T. Graebe
N.C. State Bar I.D. No.: 17416
email: cgraebe@morningstarlawgroup.com
MORNINGSTAR LAW GROUP
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601
Telephone: 919.863.9092

*Local Civil Rule 83.1(d) Counsel for
Defendant Alpha Plotter LLC*

\*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

\*\* Email address to be used for all communications other than service.

100158-00002
ND:4928-8230-6583, v. 1