IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| Plaintiff Address | American Builders, Inc.<br>c/o Ward and Smith, P.A.<br>Post Office Box 867, New Bern, NC 28563-0867 | Case Number: 4:24-cv-00112-FL |
|---|---|---|
| | VERSUS | **EXECUTION**<br>(Rule 69, F.R.Cv.P. and G.1-313(1); GS.1C, Art. 16) |
| Defendant Address | Alpha Plotter LLC<br>1512 Hooker Road<br>Greenville, NC 27834 | Defendant Address: ** Alternate Address: c/o Christopher T. Graebe<br>Morningstar Law Group<br>421 Fayetteville Street, Ste 530, Raleigh, NC 27601 |

TO THE UNITED STATES MARSHAL:
By the terms of a judgment rendered in favor of  Plaintiff American Builders, Inc.

against, Defendant Alpha Plotter LLC  the following sums are now due:

| Principal | Interest to date | Court Costs | Other | Total: |
|---|---|---|---|---|
| $ 111,900 | 5,407.99 | $ 0 | 17,596.2 | $ 134,904.19 |

For the United States Marshal's fees (see 28 U.S.C. § 1921) - $ 0 . Post-Judgment interest is computed on the principal at the legal rate from the date shown below:

| Date from which interest due:<br>03/17/2025 | Legal rate of interest:<br>4.04% | Date Judgment entered on docket:<br>03/17/2025 |
|---|---|---|

You are commanded to satisfy the judgment

☐ By demanding payment from the defendant

☒ Out of the personal property of the defendant, and if sufficient property cannot be found, then out of the real property belonging to the defendant on the day the judgment was entered on the docket of this Court as shown above or any time after that date.

☐ Except as to property set off as exempt (a list of which is attached) out of the personal property of the defendant within your district, and if sufficient personal property cannot be found, then out of real property belonging to the defendant on the day the judgment was docketed in this court as shown above or any time after that date.

☐ Out of the property listed below which is excepted by law from the exemptions:

Description of property excepted from exemptions (if applicable)

Please see the Judgment for description of items to be executed upon and sold attached hereto as Exhibit A.

Additional order for satisfying judgment

Date Issued: 3-26-2025

Signature: [signature]

This writ must be returned within 90 days after the date of issue.

☒ Clerk, U.S. District Court
☐ Deputy Clerk

EDNC (12/09)

# Exhibit A

Judgment

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 4:24-cv-00112-FL

| | |
|---|---|
| AMERICAN BUILDERS, INC., <br> Plaintiff | ) <br> ) <br> ) |
| v. | )      JUDGMENT <br> ) <br> ) <br> ) |
| ALPHA PLOTTER LLC, <br> Defendant | ) <br> ) |

This cause came before the undersigned District Court Judge presiding upon the Joint Motion for Entry of Judgment filed by Plaintiff American Builders, Inc. ("American Builders") and Defendant Alpha Plotter LLC ("Alpha Plotter") seeking entry of this Judgment. For its Order and Judgment in this action, this Court finds and concludes as follows:

1. American Builders is a North Carolina corporation which provides construction services in and around Pitt County, North Carolina.

2. Alpha Plotter is a California limited liability company which leased a commercial warehouse location in Pitt County, North Carolina at 1512 Hooker Road, Greenville, North Carolina (the "Premises").

3. On or about November 6, 2023, American Builders and Alpha Plotter entered into a written contract for American Builders' work (the "Contract").

4. After American Builders performed work pursuant to the Contract, and after Alpha Plotter made certain payments to American Builders, American Builders issued an invoice for final payment on February 22, 2024.

5. The Contract provides that interest will accrue on all overdue amounts at the rate of 18% per annum, or the maximum percentage allowed under applicable laws, whichever is less.

6. The Contract also provides that Alpha Plotter is responsible for America Builders' reasonable attorney fees.

7. American Builders has provided to Alpha Plotter the written notifications required by N.C. Gen. Stat. § 6-21.2.

8. American Builders initiated this action by filing suit against Alpha Plotter for breach of contract in Pitt County Superior Court on June 27, 2024. On the same date, American Builders applied for, and the Pitt County Superior Court issued, an "Order of Attachment" and a "Summons to Garnishee and Notice of Levy" issued to Wellspring Properties, LLC, the owner of the Premises.

9. The Order of Attachment and Summons to Garnishee and Notice of Levy related to "[a]ll machinery, equipment, wiring, tools, supplies and other tangible personal property owned by [Alpha Plotter] located at [the Premises]" (the "Attached Property").

10. This action came before this Court upon a Notice of Removal filed by Alpha Plotter on August 8, 2024.

11. Now, with the consent of both American Builders and Alpha Plotter, this Court enters Judgment against Alpha Plotter and in favor of American Builders are follows:

IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1. American Builders shall have and recover of Alpha Plotter the sum of $117,307.99 as of June 27, 2024 (representing $111,900.00 in principal and $5,407.99 in accrued but unpaid interest as of June 27, 2024), plus interest on the unpaid principal balance at the rate of 18% per annum from and after June 27, 2024, until the date of entry of judgment and thereafter at the legal rate until paid in full, plus attorneys' fees in the amount of $17,596.20 (the "Judgment Amount").

2. By virtue of attachment and garnishment proceedings and orders issued by the Pitt County Superior Court, American Builders has a lien against the Attached Property and the Attached Property is subject to execution and sale in satisfaction of this Judgment against Alpha Plotter, except that American Builders and Alpha Plotter agree that the following computing-related items are owned by a third-party, and not Alpha Plotter, and so are not subject to execution:

> 1000 Antminer S19 Pro
> 511 Antminer S19 Pro+
> 24 Antminer jPro
> 740 Whatsminer M30S
> 48 Water cooling pads
> 24 Negative Pressure Exhaust Fans
> 3000 Antminers power cord
> 1 Computer
> 1 Ubiquiti Edgerouter X
> 3300 ethernet patch cables

3. American Builders may apply to this Court for a Writ of Execution directing the US Marshall to execute and sell the Attached Property to recover the Judgment Amount, subject to the exclusion identified in Decretal Paragraph 2 above.

4. Alpha Plotter is not entitled to claim any exemption as to any of the Attached Property.

5. American Builders may transcribe this Judgment to the Courts of the State of North Carolina as American Builders may deem helpful regarding the enforcement of this Judgment and the disposition of the Attached Property, subject to the exclusion identified in Decretal Paragraph 2 above.

SO ORDERED, this the 17th day of March, 2025.

LOUISE W. FLANAGAN
United States District Judge